UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

HOOD SAILMAKERS, INC., a
Rhode Island Corporation, and
RODGER MARTIN DESIGN, a
Rhode Island Corporation,

RECEIVED JUN 0 5 2008

Plaintiffs,

v

Case No.

S/V GWAIHIR, a 40'Open Class
Rodger Martin Design, Her engines,
rigging, tackle, equipment, and
appurtenances, *In Rem*,

Defendant.

---

## VERIFICATION

STATE OF RHODE ISLAND )
)
COUNTY OF Newport )

Rodger Martin, being duly sworn, deposes and states:

1. I am the President and/or principal of Plaintiff herein, Rodger Martin Design.

2. I have read the foregoing Verified Complaint and know the contents thereof, and the same is true to the best of my own knowledge.

3. The sources of my information and the grounds of my belief as to all matters stated in the Verified Complaint are based upon personal knowledge and reports made to me by employees of Rodger Martin Design, and by reviewing the records of the corporation. I am authorized to make these representations on behalf of Rodger Martin Design.

RODGER MARTIN DESIGN

Rodger Martin

Rodger Martin, President

Subscribed and sworn to before me this 4th day of June, 2008,

Patricia S. Fullerton

Notary Public

Newport County, Rhode Island

My commission expires: 7/31/09