RODGER MARTIN DESIGN
BOX 242, NEWPORT, RI 02840, USA
www.rodgermartindesign.com
info@rodgermartindesign.com
TEL 401-849-9850

Ref: 112 SW PRELIMINARY DESIGN AGREEMENT 30 JUNE 2006

**PRELIMINARY DESIGN AGREEMENT**

**BETWEEN**

**CLIENT**
STUART WILLIAMS
602 LOWER THAMES ST.
NEWPORT, RI 02840

**DESIGNER**
RODGER MARTIN, INC.
dba RODGER MARTIN YACHT DESIGNS
BOX 242,
1 WASHINGTON STREET NEWPORT, R.I. 02840

***SECTION 1.***

This Agreement is for the Preliminary Design of a 40 ft Open-style Double-handed Racing Yacht.

***SECTION 2.***

The design shall be identified as Design Number 112 of Rodger Martin, Inc.

***SECTION 3.***

By this Agreement:

a. The Client agrees to pay the fees set out in Section 4 for Preliminary Design work.
b. The Client is not purchasing the rights to build a boat.
c. If the decision is made to build a boat based on this Preliminary Design, it shall be by a separate Full Design Agreement between Client and Designer.
d. The Design itself remains the property of the Designer.



EXHIBIT
A

***SECTION 4 - FEES & EXPENSES***

a. The estimated Preliminary Design Fee shall be $9,900.00, payable as follows:

| | | |
|---|---|---|
| i | On signing of this Agreement. | $ 4,800.00 |
| ii. | On Submission of Preliminary Design Package | <u>$ 5,100.00</u> |
| | Total Preliminary Design Fee. | <u>$ 9,900.00</u> |

b. This fee purchases 110 hrs (one hundred and ten hours) of work from the Designer at the Current Hourly Rate of $90.00/hr. This is estimated to be adequate time for the Designer to provide a single version of the Plans & Services listed in Section 5 below. This includes time for two half-day meetings.

c. Travel and out-of pocket expenses shall be paid at cost.

***SECTION 5 - PLANS AND SERVICES***

The Designer agrees to provide the following Preliminary Design Drawings and Services for a single configuration of this Preliminary Design:

***PLANS***

i. Preliminary Sail Plan

ii. Preliminary interior Arrangement Plan & Section

iii. Preliminary Port Inboard Profile

iv. Preliminary Deck Plan

v. Preliminary Construction Section & Laminate.

vi. Preliminary Lines Plan

vii. Preliminary weight Estimate

viii. Preliminary Performance Prediction (VPP)

ix. Preliminary hull rendering

This Plans & Services list may be amended by addition, deletion or combination, depending on Designers' and Client's requirements.

***SECTION 6***

This agreement is governed by the laws of the State of Rhode Island and Providence Plantations.

***SECTION 8***

The parties agree to the mutual considerations, promises, and payments herein.

DATE: ______________________ SIGNATURE ______________________

(Client) Stuart Williams

DATE: ______________________ SIGNATURE ______________________

(Designer) Rodger Martin

For Rodger Martin Inc.