RODGER MARTIN DESIGN
BOX 242, NEWPORT TEL 401-849-9850
RHODE ISLAND 02840 FAX 401-846-7200
www.rodgermartindesign.com
rodger@rodgermartindesign.com

# DESIGN AGREEMENT

## BETWEEN

**CLIENT**
STUART WILLIAMS
602 LOWER THAMES ST.
NEWPORT, RI 02840

**DESIGNER**
RODGER MARTIN, INC.
dba RODGER MARTIN YACHT DESIGNS
BOX 242, 1 WASHINGTON STREET
NEWPORT, R.I. 02840

**SECTION 1 - DESCRIPTION.**

This Agreement is for the Full Design of a custom Class 40 offshore racing sailboat.

**SECTION 2 – DESIGN NUMBER**

The design shall be identified as Design Number 112 SW of Rodger Martin, Inc.

**SECTION 3 – DESIGN RIGHTS**

a. The Client is purchasing the right to build one or more boats to this Design for his own use.

b. The Design itself remains the property of the Designer.

**SECTION 4 - DESIGN FEES**

a. The Design Fee for the Plans & Services detailed in Section 5, below, is by time and materials, based on our current hourly rate of $90.00/hr. (ninety dollars per hour)

b. Fees shall be invoiced monthly, payable at time of billing.

c. Travel expenses shall be paid at cost by the Owner. Travel time shall be charged at our current hourly rate for a maximum of 8 hours per day.



EXHIBIT B

**SECTION 5 - PLANS AND SERVICES**

The Designer shall provide the following Plans and Services:

PLANS

- Hull Lines*
- Deck Lines*
- General Layout
- Keel Lines* Bulb Lines* and construction
- Rudder Lines* and construction
- Hull & Deck Construction Plans
- Laminate Schedule
- Deck and Cockpit Layout
- Sail Plan and Rig Layout
- Chainplate and Metal Parts Details
- Steering and Autopilot Layout
- Machinery arrangement
- Waterballast system
- Specification
- Publication Drawings and Renderings

*Disc or file to be provided to the builder for full size plotting/mould cutting

**DESIGN SERVICES**

- Hydrostatics and Stability Calculations
- V PP, Weather Matrix and RMD Long-Distance-Race simulator studies
- Weight Estimate and Updating
- Hull and Deck Scantlings and General Engineering
- Checking of Builders', Sparmakers', and Fabricator's details
- Measurement support

**SECTION 5 - PLANS AND SERVICES (Cont.)**

This plan list may be amended by addition, deletion or combination according to design and construction requirements or by plans provided by consultants and suppliers. All outside consultants' and suppliers' plans are to be submitted to the Designer for approval before use for construction.

**SECTION 6 - GENERAL TERMS AND CONDITIONS**

a. Work outside the scope of this agreement will be billed at our current rate, (currently $90.00/hr) subject to change with notice.

b. Outside consultants may be engaged for any part of the design and engineering of the product, only with the approval of the Client.

c. The Client's Agreement with the Builder shall include the stipulation that all components of the boat, and the whole boat be weighed for verification of the weight estimate.

**SECTION 7 – LIMIT OF LIABILITY**

In consideration of the execution of this Agreement, the Client, their successors, agents, heirs and assigns fully release and forever hold harmless Rodger Martin Inc. its employees, agents, subcontractors and consultants from any and all liability whatsoever for any loss, property damage, or personal injury to persons or property in any connection with the design, construction and use of the subject boat and its equipment.

**SECTION 8**

This agreement is governed by the laws of the State of Rhode Island and Providence Plantations.

**SECTION 10**

The parties agree to the mutual considerations, promises, and payments herein.

DATE: 03/15/07 SIGNATURE

(Owner)

65 w

DATE: SIGNATURE

(Designer) Rodger Martin.

For Rodger Martin Inc.