RODGER MARTIN
DESIGN
BOX 242, NEWPORT, RI 02840, USA
www.rodgermartindesign.com
rodger@rodgermartindesign.com
TEL 401-849-9850 / FAX 401-849-9854

Our Ref: 112 SW INVOICE 21 MAR 2007

24TH AUGUST, 2007.

**INVOICE for MAY, JUNE JULY 2007**

STUART WILLIAMS
602 LOWER THAMES ST.
NEWPORT, RI 02840

For: Keel-spar design & engineering; keel bulb design; Stability & weight-window calculations; Rudder design; Rudder stock engineering; Steering system, autopilots layout & specification; Mast step design; Paint-lines; Renderings; Bowsprit design function & engineering; Final deck layout; Interior details; Companion hatch design; Communication.

Design/Specification/Engineering: 241.5 hrs. @ $90.00/hr. $ 21,735.00

Amount Due $ 21,735.00

Invoices payable upon receipt

EXHIBIT
C

RODGER MARTIN
DESIGN
BOX 242, NEWPORT, RI 02840, USA
www.rodgermartindesign.com
rodger@rodgermartindesign.com
TEL 401-849-9850 / FAX 401-849-9854

Our Ref: 112 SW INVOICE 20 NOV 2007

20TH NOVEMBER, 2007.

**INVOICE for AUGUST, SEPTEMBER OCTOBER 2007**

STUART WILLIAMS
602 LOWER THAMES ST.
NEWPORT, RI 02840

For: Sprit & sprit bracket design & engineering; Pulpit design; Keel design, engineering & coordination; Steering layout; Cockpit drains; Pulpit & pushpit design; Tiller design; New keel mylars for twist; Steering measurements; Rigging; Communications & meetings.

| | |
|---|---|
| Design/Specification/Engineering: 34.5 hrs. @ $60.00/hr. | $ 2,070.00.00 |
| Rigging: 23 hrs. @ $40.00/hr. | $ 920.00 |
| **Amount Due** | **$ 2,990.00** |

Invoices payable upon receipt