# HOOD SAILMAKERS, INC. - TERMS AND CONDITIONS OF SALE AND LIMITED WARRANTY

1. PRODUCTION SCHEDULE: Upon confirmation of an order by mailing of the Acknowledgment copy of the Pro-Forma Invoice, the Buyer's goods will be entered in the Purc and Production schedules unless otherwise provided on the face of this form.

2. PRICES AND TAXES: The following provisions apply unless otherwise provided on the face of the form. (Prices listed on quotation forms.) All sales are F.O.B. Seller's pro factory. All taxes, excises, customs duties, fees and other charges imposed by any governmental authority upon the manufacture, sale, transportation, export or import of the goo hereunder shall be paid by Buyer, or if required to be paid by Seller, shall be reimbursed to Seller by Buyer, and any increases after acceptance of order will be paid by Buyer. Bu pay for any and all additional expense incurred by Seller as a result of Buyer's changing specifications or requirements after the date of the order is acknowledged by Seller.

3. PRODUCTS MADE TO SPECIAL ORDER: Orders for special products may be considered complete at 10 percent over or under quantity ordered. However, Seller will al endeavor to ship the exact amount specified on the order acknowledgment form.

4. PAYMENT, TITLE TO AND POSSESSION OF GOODS: Payment shall be due to Seller prior to shipment, unless otherwise expressly stated on the face of this Invoice an in United States currency. Title to the goods shall remain in Seller until purchase price is paid in full.

5. DELIVERY AND PERFORMANCE: Delivery dates are approximate. Seller shall not be liable for delay or failure in delivery or manufacture caused by acts of God, fire c casualties, accident, labor trouble or shortage, governmental action or regulations, inability to obtain or delay in obtaining material, equipment or transportation, or any causes be reasonable control. In the event of delay or failure in production, Seller may, but shall not be required to allocate production and delivery among its customers. Seller wil prohibited from rendering the services or manufacturing or selling the products which are the subject of this acknowledgment to third parties absent Seller's express agreement prohibition signed by one of its officers. Delays in delivery shall have no bearing upon terms and conditions of sale, nor upon Buyer's obligation to remit in full promptly accordin terms and conditions of sale as detailed on reverse side of this form. Special charges incurred as a result of the Buyer's request for "Rush Shipment" will, if quoted in advance to cu be payable by customer.

6.0 WARRANTY: **Seller is under no obligation to perform warranty until purchase price is paid in full or otherwise stated payment terms are in compliance with the co**

6.1 LIMITED WARRANTY: Seller warrants to Buyer that all goods sold to Buyer hereunder will be free of defects in workmanship and material at the time of shipment to Buyer. agrees to repair or replace, at its option, for a period of one year from date of delivery without cost to Buyer any such goods which are so defective at the time of shipment, or, at option, to refund the purchase price thereof, provided that: (a) buyer gives Seller written notice of the claimed defect within 10 days after shipment (failing which notice Buyer considered to have irrevocably accepted the goods and waived any right to repair, replacement, or refund; (b) if requested by Seller, the goods claimed to be defective are promptly thereafter to Seller without expense to Seller and transportation charges pre-paid (but said charges shall be reimbursed by Seller if the goods are defective as claimed; defect is, in Seller's reasonable opinion, one which was present at the time of shipment. Returned goods claimed defective but found not subject to warranty adjustment un paragraph will be sent back to Buyer, transportation collect.) THE WARRANTY SET FORTH IN THIS PARAGRAPH IS IN LIEU OF ALL OTHER WARRANTIES, WH WRITTEN, ORAL, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR PURPOSE SELLER'S LIABILITY TO BUYER ARISING OUT OF THE SALE OF GOODS, OR OUT OF ANY DEFECT IN THE GOODS, WHETHER BY REASON OF WARR CONTRACT, NEGLIGENCE, STRICT LIABILITY, OR OTHERWISE, IS LIMITED TO ITS OBLIGATION TO REPAIR, REPLACE OR REFUND. AS SET FORTH WHICH ARE BUYER'S EXCLUSIVE REMEDIES. IN NO EVENT WILL SELLER BE LIABLE FOR SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES AI FROM BREACH OF ITS AGREEMENTS CONTAINED HEREIN OR FROM BREACH OF WARRANTY, NEGLIGENCE OF STRICT LIABILITY OR OTHERWISE.

6.2 Buyer agrees to deliver to any consumer purchasing from Buyer any of the goods sold to Buyer by Seller, a copy of any consumer warranty offered by Seller to such consumer goods, provided that Seller furnishes sufficient copies thereof to Buyer; and Buyer will be responsible for; and indemnify Seller against the consequences of, any failure to ma shipment and comply with all applicable laws and regulations regarding shipment and/or display of consumer warranties. Buyer will not itself give any warranty which might in broaden Seller's liability to Buyer's customers beyond that set forth in Seller's warranty, and will at all times follow Seller's further instructions, if any, regarding shipment, use, modification or withdrawal of any consumer warranty of Seller.

6.3 This Limited Warranty shall not apply to goods or components manufactured by others (bearings, motors, etc.) under separate warranties. Such terms will, if available, be p Buyer at time of sale.

EXH D

6.4 The term of the Limited Warranty on products used for commercial, rental or charter purposes shall be three months from date of delivery.

6.5 The term of the Limited Warranty on the swaged attachment of rigging terminals to wire rope rigging, either standing or running shall be three months from date of delivery.

6.6 The Seller shall publish, from time to time, Owners Manuals governing the prudent use of its products. Failure to receive, obtain, gain possession of or otherwise be aware Seller's guidelines for prudent use as expressed in the Owner's Manuals shall not be grounds for application of the limited Warranty provisions of this form should damages or lo the product be incurred through customer negligence or abuse, whether intentional or unintentional.

7. SHORTAGES: Seller reserves the right to reject all claims for shortages not made within ten days after receipt of shipment.

8. RETURNS: Goods cannot be returned for credit except with Seller's written permission in advance. Credits allowed by Seller upon such returns shall be limited to stock it factory condition and will be subject to deduction of 20 percent as a service charge for handling and restocking.

9. BUYER'S MATERIALS: Orders requiring use of Buyer's materials are accepted subject to shipment of amount of material and in dimensions as specified by Seller, F.O.B. S plant. If material is defective or will not perform to Seller's requirements because of chemical composition, physical properties or dimensions, Seller may cancel order without lia liability, but Buyer shall pay Seller's costs through time of cancellation. All scrap resulting from Seller's operations shall be property of Seller unless otherwise stated on the face form.

10. ENGINEERING CHARGE: When quoted or billed, an engineering charge is non-recurring, non-refundable to cover the necessary costs of engineering methods, layout and design expenses required in the manufacture of goods to Buyer's specifications.

11. INSURANCE: Buyer's material, dies or tooling shall not be insured by Seller unless so requested and paid for by Buyer and stated on the face of this form. Except to the ex such insurance, Seller assumes no responsibility for destruction or partial loss due to fire or other casualty.

12. RISK OF LOSS: Unless otherwise provided on the face of this form, risk or loss or damage to the goods shall pass from Seller to Buyer upon the earlier of shipment to Buye representative, to a carrier for shipment to Buyer, or to the Post Office for mailing to Buyer. In case of returns, goods shall be at Buyer's risk until received by Seller.

13. CANCELLATION OR SUSPENSION BY SELLER: If, in the exclusive judgment of Seller, the financial condition of Buyer at any time does not justify the commencen continuance of production or shipment on the terms specified herein, Seller, in addition to all other remedies it may have, may make written demand for full or partial payment in ad may suspend its performance until such payment is made, and, if such payment is not received by Seller within ten days after shipment in person or by mailing of sail demand terminate its further performance on this contract and may treat the contract as having been repudiated by Buyer.

14. CANCELLATION OR DEFAULT BY BUYER: No orders may be canceled by Buyer except with Seller's written permission. In the event that the Buyer shall cancel or defa any reason without the Seller's written approval, the Buyer shall forfeit any and all deposits and shall further be liable to the Seller for any and all damages, either special, inci consequential or otherwise and shall further be liable for all costs of collection including attorney's fees.

15. TOOLS, DIES, ETC: Notwithstanding any charges or amortization for any tools, dies, fixtures, patterns, of similar items in connection herewith, all such items used in constru Buyer's products shall remain the property of Seller.

16. TERMS AND MODIFICATIONS: The terms and conditions on this form supersede all prior correspondence, offers, representations, and negotiations and constitute the complete and exclusive statement of all terms of this agreement between Seller and Buyer. No prior representations of any kind will be binding on the Seller unless they are se herein. No subsequent agreement or understanding in anyway altering these terms and conditions shall be binding upon Seller unless made in writing and signed by an authorized of Seller.

17. GOVERNING LAW: The validity, construction and interpretation of all documents relating to this sale, and the rights and duties of the party thereto shall be governed by the l the State of Rhode Island.

18. A FINANCE CHARGE OF 1 1/2% PER MONTH (ANNUAL PERCENTAGE RATE - 18%) ON ACCOUNTS PAYABLE OVER 30 DAYS WILL BE PAYABLE BY BUYER TO THE SELLER.

19. LATE CHANGE ORDERS: Design changes requested after acceptance of order will, if accepted, create surcharges billable to the Buyer and may postpone scheduled shipping (

20. OBLIGATION TO PRIOR CUSTOMERS: The seller reserves the right to make changes in design, materials or component parts of its products without obligation or liabi owners of similar products of prior manufacture.

21. **CHOICE OF LAW, FORUM SELECTION, JURISDICTION: THIS SALE SHALL BE DEEMED TO HAVE TAKEN PLACE IN THE STATE OF RHODE ISL U.S.A., AND SHALL BE INTERPRETED IN ACCORDANCE WITH THE LAWS OF THAT STATE. ALL DISPUTES ARISING OUT OF THIS SALE SHAL LITIGATED, IF AT ALL, IN AND BEFORE A COURT LOCATED IN THE STATE OF RHODE ISLAND, U.S.A., TO THE EXCLUSION OF THE COURTS OF OTHER STATE OR COUNTRY. BUYER HEREBY CONSENTS TO THE EXERCISE OF PERSONAL JURISDICTION OVER BUYER BY ANY COURT IN THE S' OF RHODE ISLAND, U.S.A., IN ANY ACTION ARISING OUT OF THIS SALE.**