# Invoice

Hood Sailmakers, Inc.
23 Johnnycake Hill
Middletown, RI 02842

| Date | Invoice # |
|---|---|
| 9/21/2007 | 914658 |

| Bill To | Ship To |
|---|---|
| Stuart Williams<br>37 Green Place<br>Whitefish MT 59937 | |

| S.O. No. | Boat Type | Due Date | Rep | Ship Date | Ship Via | FOB | P.O. No. | Terms |
|---|---|---|---|---|---|---|---|---|
| 214499 | | 9/21/2007 | 301 | 9/21/2007 | | Middletown,RI | z4704 | 100%BBS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2.5 | Service Labor | 75.00 | 187.50 |
| 45 | 1/2" Spectra Rope (Ft.) | 4.53 | 203.85 |

EXHIBIT
E

| | |
|---|---|
| **Total** | $391.35 |
| **Balance Due** | $391.35 |

| Phone # | Fax # | E-mail |
|---|---|---|
| 401-849-9400 | 401-849-9700 | hoodri@att.net |

Hood Sailmakers, Inc.
23 Johnnycake Hill
Middletown, RI 02842

# Invoice

| Date | Invoice # |
|---|---|
| 9/27/2007 | 914666 |

| Bill To | Ship To |
|---|---|
| Stuart Williams<br>37 Green Place<br>Whitefish MT 59937 | |

| S.O. No. | Boat Type | Due Date | Rep | Ship Date | Ship Via | FOB | P.O. No. | Terms |
|---|---|---|---|---|---|---|---|---|
| 213948 | | 9/27/2007 | | 9/27/2007 | | | MartinDsnCstm | 100%BBS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Mainsail 7.7 oz. Vektron<br>3RFs,6FLB,3xS,Duroseam,C/eye,#s,DStripes,Footshelf<br>**deleted Insignia, added Footshelf** | 14,480.00 | 14,480.00 |
| 1 | Original Deposit Received | -7,590.00 | -7,590.00 |
| | DStripes,2xT,BackupLuffSystem<br>**deleted UV, FLP, added backup luff system** | | |
| | Soft Hanks, Draft Stripes, BackupLuffSystem<br>**deleted Battens, Reef, added backup luff system - Changed Vektron from 7.7 oz. to 9.4 oz.** | | |
| | Double Reinforced Luff, Leech, Foot<br>**Different sail than ordered originally - larger area, etc**<br>Draft Stripes, Backup Luff System<br>**Different sail than ordered originally** | | |
| | **Sail Area increased** | | |
| | Radial Cut, Orange Cloth, 3xS | | |
| | Radial Cut, Orange Cloth, Hanks, Backup Luff System<br>**Added backupluffsystem | | |

| | |
|---|---|
| **Total** | $6,890.00 |
| **Balance Due** | $6,890.00 |

| Phone # | Fax # | E-mail |
|---|---|---|
| 401-849-9400 | 401-849-9700 | hoodri@att.net |

Hood Sailmakers, Inc.
23 Johnnycake Hill
Middletown, RI 02842

# Invoice

| Date | Invoice # |
|---|---|
| 9/28/2007 | 914670 |

| Bill To | Ship To |
|---|---|
| Stuart Williams<br>37 Green Place<br>Whitefish MT 59937 | |

| S.O. No. | Boat Type | Due Date | Rep | Ship Date | Ship Via | FOB | P.O. No. | Terms |
|---|---|---|---|---|---|---|---|---|
| 214511 | | 9/28/2007 | 302 | 9/28/2007 | | Middletown,RI | | 100%BBS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 12 | Pivot Pin-Sys B Battcar | 2.59 | 31.08 |
| 12 | Pivot Pin-Sys B HL Battcar | 6.48 | 77.76 |
| 12 | Bkt Roller-Sys B CB HL Battcar | 10.36 | 124.32 |
| 12 | Bkt Roller-LRG Del Blk MP-0708 | 2.25 | 27.00 |
| 6 | Battcar-SYS B cb Hl w/12mm std | 189.72 | 1,138.32 |
| 3 | Car-SYS B Cb Hl Reef 10mm Pin | 182.57 | 547.71 |
| 5 | Car SYS B Cb Intermediate | 107.06 | 535.30 |

**Total** $2,481.49

**Balance Due** $2,481.49

| Phone # | Fax # | E-mail |
|---|---|---|
| 401-849-9400 | 401-849-9700 | hoodri@att.net |

Hood Sailmakers, Inc.
23 Johnnycake Hill
Middletown, RI 02842

# Invoice

| Date | Invoice # |
|---|---|
| 10/5/2007 | 914683 |

| Bill To | Ship To |
|---|---|
| Stuart Williams<br>37 Green Place<br>Whitefish MT 59937 | |

| S.O. No. | Boat Type | Due Date | Rep | Ship Date | Ship Via | FOB | P.O. No. | Terms |
|---|---|---|---|---|---|---|---|---|
| 214521 | | 10/5/2007 | 302 | 10/5/2007 | | Middletown,RI | | 100%BBS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 6 | 32mm Mega Recept - Batten Slides | 336.38 | 2,018.28 |

| | |
|---|---|
| **Total** | $2,018.28 |
| **Balance Due** | $2,018.28 |

| Phone # | Fax # | E-mail |
|---|---|---|
| 401-849-9400 | 401-849-9700 | hoodri@att.net |

# Invoice

Hood Sailmakers, Inc.
23 Johnnycake Hill
Middletown, RI 02842

| Date | Invoice # |
|---|---|
| 12/14/2007 | 914796 |

| Bill To | Ship To |
|---|---|
| Stuart Williams<br>37 Green Place<br>Whitefish MT 59937 | |

| S.O. No. | Boat Type | Due Date | Rep | Ship Date | Ship Via | FOB | P.O. No. | Terms |
|---|---|---|---|---|---|---|---|---|
| 214617 | | 12/14/2007 | 302 | 12/14/2007 | | | z4860 | 100%BBS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 13 | Service Labor | 75.00 | 975.00 |
| 9 | Gray Sunbrella | 18.00 | 162.00T |
| 18 | #10 Zipper | 2.34 | 42.12T |
| 14 | Gray Sunbrella (60") | 19.50 | 273.00T |
| 1 | #10 Zipper (72") | 9.82 | 9.82T |
| 6 | #10 Zipper (48")` | 7.56 | 45.36T |
| 11 | CS Fasterner Sets | 1.25 | 13.75T |
| | RI Sales Tax | 7.00% | 38.22 |

| | |
|---|---|
| **Total** | $1,559.27 |
| **Balance Due** | $1,559.27 |

| Phone # | Fax # | E-mail |
|---|---|---|
| 401-849-9400 | 401-849-9700 | hoodri@att.net |

Hood Sailmakers, Inc.
23 Johnnycake Hill
Middletown, RI 02842

# Statement

| Date |
|---|
| 3/31/2008 |

| To: |
|---|
| Stuart Williams<br>37 Green Place<br>Whitefish MT 59937 |

| Amount Due | Amount Enc. |
|---|---|
| $13,340.39 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/21/2007 | INV #914658. Due 09/21/2007. Orig. Amount $391.35. | 391.35 | 391.35 |
| 09/27/2007 | INV #914666. Due 09/27/2007. Orig. Amount $6,890.00. Order Complete - Deposit used in full | 6,890.00 | 7,281.35 |
| 09/28/2007 | INV #914670. Due 09/28/2007. Orig. Amount $2,481.49. | 2,481.49 | 9,762.84 |
| 10/05/2007 | INV #914683. Due 10/05/2007. Orig. Amount $2,018.28. | 2,018.28 | 11,781.12 |
| 12/14/2007 | INV #914796. Due 12/14/2007. Orig. Amount $1,559.27. | 1,559.27 | 13,340.39 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 13,340.39 | $13,340.39 |