UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

HOOD SAILMAKERS, INC., a
Rhode Island Corporation, and
RODGER MARTIN DESIGN, a
Rhode Island Corporation
*Plaintiffs*

v. C.A. No. 08-228-S

S/V GWAIHIR, a 40' Open Class
Rodger Martin Design, Her engines,
Rigging, tackle, equipment, and
Appurtenances, *In Rem*
*Defendant*

**ENTRY OF APPEARANCE**

Now comes James T. Murphy, Esq. (#1698) and hereby enters his appearance as counsel for plaintiffs.

/s/ James T. Murphy

James T. Murphy, Esq. #1698
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
E-Mail: jtm@hansoncurran.com
(401) 421-2154 – Telephone
(401) 521-7040 - Fax