UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

HOOD SAILMAKERS, INC., a
Rhode Island Corporation, and
RODGER MARTIN DESIGN, a
Rhode Island Corporation,

Plaintiffs,

v

Case No. 08-228-S

S/V GWAIHIR, a 40'Open Class
Rodger Martin Design, Her engines,
rigging, tackle, equipment, and
appurtenances, *In Rem*,

Defendant.

---

MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN
FOR THE S/V GWAIHIR

Pursuant to Local Admiralty Rule E, Plaintiffs, Hood Sailmakers, Inc. and Rodger Martin Design (hereinafter "Plaintiffs"), and proposed Substitute Custodian, Hood Sailmakers, Inc. represent the following:

1. On June 6, 2008, Plaintiff initiated the above-styled action against the vessel, S/V GWAIHIR, her engines, tackle, rigging, sails, equipment, furniture and other appurtenances, *in rem*.

Plaintiff, presented this motion requesting

2. On June 9, 2008, the Clerk of this Court issued a Warrant of Arrest against the vessel S/V GWAIHIR directing the U.S. Marshal to take custody of the vessel and to retain custody of the vessel pending further Order of this Court.

3. Subsequent to the issuance of the Warrant of Arrest, the Marshal will take steps to immediately seize the vessel. Thereafter, continual custody by the Marshal will require the services of at least one custodian at the costs set forth in the Affidavit of Substitute Custodian, concurrently filed herewith.

4. The vessel is currently moored in Newport Harbor, Old Port mooring #174, mid-harbor, within the jurisdiction of the Federal District of Rhode Island. Subject to the approval of the Court, the Substitute Custodian is prepared to move the Defendant vessel from its current location to Newport Shipyard, Newport, Rhode Island. The Substitute Custodian will provide security, wharfage, insurance and routine services for the safekeeping of the vessel at a cost substantially less than that presently required by the Marshal and as set forth in the Affidavit of Substitute Custodian filed herewith. The Substitute Custodian has also agreed to continue to provide these services pending further Order of this Court.

5. The Substitute Custodian will provide, individually and through Newport Shipyard, adequate personnel and experience and adequate facilities to berth the vessel and provide for the care, maintenance and security of the vessel.

6. Contemporaneous herewith, Plaintiffs and Substitute Custodian file a Consent and Indemnification Agreement in accordance with Local Admiralty Rule E(10)(c)(2).

THEREFORE, in accordance with the representations set forth in this instrument, and subject to the filing of the Indemnification Agreement noted in Paragraph 6 above, Plaintiffs request this Court enter an Order appointing Hood Sailmakers, Inc. as Substitute Custodian for the vessel S/V GWAIHIR.

Respectfully submitted,

O'BRYAN BAUN COHEN KUEBLER
KARAMANIAN

/s Gary Wm. Baun
Gary Wm. Baun
Attorneys for Plaintiffs
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
Telephone: (248) 258-6262
Facsimile: (248) 258-6047
gbaun@obryanlaw.net

And

HANSON CURRAN LLP

James T. Murphy
Local Counsel
146 Westminster Street
Providence, RI 02903
Telephone: (401) 421-2154
Facsimile: (401) 521-7040
jtm@hansoncurran.com

Dated: 6/9/08