UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

HOOD SAILMAKERS, INC., a Rhode Island Corporation, and RODGER MARTIN DESIGN, a Rhode Island Corporation,

Plaintiffs,

v

Case No. 08-228-S

S/V GWAIHIR, a 40'Open Class Rodger Martin Design, Her engines, rigging, tackle, equipment, and appurtenances, *In Rem*,

Defendant.

---

AFFIDAVIT FOR SUBSTITUTE CUSTODIAN

STATE OF RHODE ISLAND )
)SS.
COUNTY OF NEWPORT )

John T. Woodhouse, being first duly sworn, deposes and says:

1. I am the President of Hood Sailmakers, Inc. and am the proposed Substitute Custodian.

2. I am familiar with the Defendant vessel, at least to the extent of her size, type, construction material and apparent condition, and believe that as Substitute Custodian, Hood Sailmakers, Inc. has the ability to provide adequate facilities and supervision for safely keeping said vessel in place of the Marshal during the pendency of the suit herein and until further Order the Court. As Substitute Custodian, Hood Sailmakers, Inc. will provide for the following services for said vessel during its custodianship: dockage, security, towage/shifting and pumping

when necessary.

3. That the *in rem* Defendant vessel GWAIHIR is currently located in Newport Harbor, Old Port mooring #174, within the jurisdiction of the Federal District Court for Rhode Island.

4. That the initial arrest fee of the U.S. Marshal will be the amount of Two Thousand Five Hundred Dollars ($2,500.00) for coordination and execution of arrest, as per the published Rate Schedule (**Exhibit A**).

5. That the vessel will be transferred to the Newport Shipyard where it will be stored.

6. The following fees will be charged by Newport Shipyard: $15.00 per foot for hauling and launching; $5.00 per foot for washing the bottom; and $3.00 per foot per night for storage on the hard. A maintenance fee for cleaning the exterior of the boat will be charged at $35.00 per hour for an approximate fee of $245.00/month.

7. Substitute Custodian believes that Newport Shipyard has adequate facilities and supervision for the proper safekeeping of the vessel. The Substitute Custodian will obtain liability insurance at the prevailing local rate adequate to respond to damages for loss or injury for the Defendant vessel during said custody or for damage sustained by third parties due to negligence of the custodian.

8. The vessel will be moved from its current location to Newport Shipyard, Newport, Rhode Island.

9. Substitute Custodian will accept, in accordance with the terms of this Honorable Court's Order, possession of the Defendant vessel, her engines, tackle, apparel, furniture, equipment, and all other equipment thereunto appertaining and belonging, which is the subject

of this action.

FURTHER AFFIANT SAYETH NOT.

[signature]
John T. Woodhouse
President of Hood Sailmakers, Inc.

Subscribed and sworn to before me this 5th day of June, 2008.

Dawn M. Mello
Notary Public
Newport County, Rhode Island
My commission expires: 01-30-09