UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

HOOD SAILMAKERS, INC., a
Rhode Island Corporation, and
RODGER MARTIN DESIGN, a
Rhode Island Corporation,

Plaintiffs,

v

Case No. 08-228S

S/V GWAIHIR, a 40'Open Class
Rodger Martin Design, Her engines,
rigging, tackle, equipment, and
appurtenances, *In Rem*,

Defendant.

---

**CONSENT AND INDEMNIFICATION AGREEMENT
FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN**

Plaintiffs, Hood Sailmakers, Inc. and Rodger Martin Design, hereby expressly release the U.S. Marshal for this District, and the U.S. Marshal's Service from any and all liability and responsibility for the care and custody of the S/V GWAIHIR, her engines, tackle, etc., while in the care, custody and control of Hood Sailmakers, Inc.

Plaintiffs also expressly agree to hold the U.S. Marshal for his District and the U.S. Marshal's Service harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

SIGNED this 6th day of June, 2008.

HOOD SAILMAKERS, INC.
Plaintiff

23 Johnnycake Hill
Middletown, Rhode Island 02842

By: ______________________
John T. Woodhouse

RODGER MARTIN DESIGN
Plaintiff
Box 242
Newport, Rhode Island 02842

By: ______________________
Rodger Martin

HOOD SAILMAKERS, INC.
Substitute Custodian
23 Johnnycake Hill
Middletown, Rhode Island 02842

By: ______________________
John T. Woodhouse