RODGER MARTIN
DESIGN
BOX 242, NEWPORT, RI 02840, USA
www.rodgermartindesign.com
info@rodgermartindesign.com
TEL 401-849-9850

Ref: 112 SW PRELIMINARY DESIGN AGREEMENT 30 JUNE 2006

**PRELIMINARY DESIGN AGREEMENT**

**BETWEEN**

**CLIENT**
STUART WILLIAMS
602 LOWER THAMES ST.
NEWPORT, RI 02840

**DESIGNER**
RODGER MARTIN, INC.
dba RODGER MARTIN YACHT DESIGNS
BOX 242,
1 WASHINGTON STREET NEWPORT, R.I. 02840

***SECTION 1.***

This Agreement is for the Preliminary Design of a 40 ft Open-style Double-handed Racing Yacht.

***SECTION 2.***

The design shall be identified as Design Number 112 of Rodger Martin, Inc.

***SECTION 3.***

By this Agreement:

a. The Client agrees to pay the fees set out in Section 4 for Preliminary Design work.
b. The Client is not purchasing the rights to build a boat.
c. If the decision is made to build a boat based on this Preliminary Design, it shall be by a separate Full Design Agreement between Client and Designer.
d. The Design itself remains the property of the Designer.



EXHIBIT
A

***SECTION 4 - FEES & EXPENSES***

a. The estimated Preliminary Design Fee shall be $9,900.00, payable as follows:

| | | |
|---|---|---|
| i | On signing of this Agreement. | $ 4,800.00 |
| ii. | On Submission of Preliminary Design Package | $ 5,100.00 |
| | Total Preliminary Design Fee. | $ 9,900.00 |

b. This fee purchases 110 hrs (one hundred and ten hours) of work from the Designer at the Current Hourly Rate of $90.00/hr. This is estimated to be adequate time for the Designer to provide a single version of the Plans & Services listed in Section 5 below. This includes time for two half-day meetings.

c. Travel and out-of pocket expenses shall be paid at cost.

***SECTION 5 - PLANS AND SERVICES***

The Designer agrees to provide the following Preliminary Design Drawings and Services for a single configuration of this Preliminary Design:

***PLANS***

i. Preliminary Sail Plan

ii. Preliminary Interior Arrangement Plan & Section

iii. Preliminary Port Inboard Profile

iv. Preliminary Deck Plan

v. Preliminary Construction Section & Laminate.

vi. Preliminary Lines Plan

vii. Preliminary weight Estimate

viii. Preliminary Performance Prediction (VPP)

ix. Preliminary hull rendering

This Plans & Services list may be amended by addition, deletion or combination, depending on Designers' and Client's requirements.

***SECTION 6***

This agreement is governed by the laws of the State of Rhode Island and Providence Plantations.

***SECTION 8***

The parties agree to the mutual considerations, promises, and payments herein.

DATE:________________________________ SIGNATURE____________________________

(Client) Stuart Williams

DATE:________________________________ SIGNATURE____________________________

(Designer) Rodger Martin

For Rodger Martin Inc.

RODGER MARTIN
DESIGN

BOX 242, NEWPORT TEL 401-849-9850
RHODE ISLAND 02840 FAX 401-846-7200
www.rodgermartindesign.com
rodger@rodgermartindesign.com

# DESIGN AGREEMENT

**BETWEEN**

**CLIENT**
STUART WILLIAMS
602 LOWER THAMES ST.
NEWPORT, RI 02840

**DESIGNER**
RODGER MARTIN, INC.
dba RODGER MARTIN YACHT DESIGNS
BOX 242, 1 WASHINGTON STREET
NEWPORT, R.I. 02840

**SECTION 1 - DESCRIPTION.**

This Agreement is for the Full Design of a custom Class 40 offshore racing sailboat.

**SECTION 2 – DESIGN NUMBER**

The design shall be identified as Design Number 112 SW of Rodger Martin, Inc.

**SECTION 3 – DESIGN RIGHTS**

a. The Client is purchasing the right to build one or more boats to this Design for his own use.

b. The Design itself remains the property of the Designer.

**SECTION 4 - DESIGN FEES**

a. The Design Fee for the Plans & Services detailed in Section 5, below, is by time and materials, based on our current hourly rate of $90.00/hr. (ninety dollars per hour)

b. Fees shall be invoiced monthly, payable at time of billing.

c. Travel expenses shall be paid at cost by the Owner. Travel time shall be charged at our current hourly rate for a maximum of 8 hours per day.



EXHIBIT B

**SECTION 5 - PLANS AND SERVICES**

The Designer shall provide the following Plans and Services:

PLANS

Hull Lines*

Deck Lines*

General Layout

Keel Lines* Bulb Lines* and construction

Rudder Lines* and construction

Hull & Deck Construction Plans

Laminate Schedule

Deck and Cockpit Layout

Sail Plan and Rig Layout

Chainplate and Metal Parts Details

Steering and Autopilot Layout

Machinery arrangement

Waterballast system

Specification

Publication Drawings and Renderings

*Disc or file to be provided to the builder for full size plotting/mould cutting

**DESIGN SERVICES**

Hydrostatics and Stability Calculations

V PP, Weather Matrix and RMD Long-Distance-Race simulator studies

Weight Estimate and Updating

Hull and Deck Scantlings and General Engineering

Checking of Builders', Sparmakers', and Fabricator's details

Measurement support

**SECTION 5 - PLANS AND SERVICES (Cont.)**

This plan list may be amended by addition, deletion or combination according to design and construction requirements or by plans provided by consultants and suppliers. All outside consultants' and suppliers' plans are to be submitted to the Designer for approval before use for construction.

**SECTION 6 - GENERAL TERMS AND CONDITIONS**

a. Work outside the scope of this agreement will be billed at our current rate, (currently $90.00/hr) subject to change with notice.

b. Outside consultants may be engaged for any part of the design and engineering of the product, only with the approval of the Client.

c. The Client's Agreement with the Builder shall include the stipulation that all components of the boat, and the whole boat be weighed for verification of the weight estimate.

**SECTION 7 – LIMIT OF LIABILITY**

In consideration of the execution of this Agreement, the Client, their successors, agents, heirs and assigns fully release and forever hold harmless Rodger Martin Inc. its employees, agents, subcontractors and consultants from any and all liability whatsoever for any loss, property damage, or personal injury to persons or property in any connection with the design, construction and use of the subject boat and its equipment.

**SECTION 8**

This agreement is governed by the laws of the State of Rhode Island and Providence Plantations.

**SECTION 10**

The parties agree to the mutual considerations, promises, and payments herein.

DATE: 03/15/07

SIGNATURE

(Owner)

65 w

DATE:

SIGNATURE

(Designer)

Rodger Martin.

For Rodger Martin Inc.

RODGER MARTIN
DESIGN
BOX 242, NEWPORT, RI 02840, USA
www.rodgermartindesign.com
rodger@rodgermartindesign.com
TEL 401-849-9850 / FAX 401-849-9854

Our Ref: 112 SW INVOICE 21 MAR 2007

24TH AUGUST, 2007.

**INVOICE for MAY, JUNE JULY 2007**

STUART WILLIAMS
602 LOWER THAMES ST.
NEWPORT, RI 02840

For: Keel-spar design & engineering; keel bulb design; Stability & weight-window calculations; Rudder design; Rudder stock engineering; Steering system, autopilots layout & specification; Mast step design; Paint-lines; Renderings; Bowsprit design function & engineering; Final deck layout; Interior details; Companion hatch design; Communication.

| | |
|---|---|
| Design/Specification/Engineering: 241.5 hrs. @ $90.00/hr. | $ 21,735.00 |
| Amount Due | $ 21,735.00 |

Invoices payable upon receipt

EXHIBIT C

RODGER MARTIN
DESIGN
BOX 242, NEWPORT, RI 02840, USA
www.rodgermartindesign.com
rodger@rodgermartindesign.com
TEL 401-849-9850 / FAX 401-849-9854

Our Ref: 112 SW INVOICE 20 NOV 2007

20TH NOVEMBER, 2007.

**INVOICE for AUGUST, SEPTEMBER OCTOBER 2007**

STUART WILLIAMS
602 LOWER THAMES ST.
NEWPORT, RI 02840

For: Sprit & sprit bracket design & engineering; Pulpit design; Keel design, engineering & coordination; Steering layout; Cockpit drains; Pulpit & pushpit design; Tiller design; New keel mylars for twist; Steering measurements; Rigging; Communications & meetings.

| | |
|---|---|
| Design/Specification/Engineering: 34.5 hrs. @ $60.00/hr. | $ 2,070.00.00 |
| Rigging: 23 hrs. @ $40.00/hr. | $ 920.00 |
| **Amount Due** | **$ 2,990.00** |

Invoices payable upon receipt

# HOOD SAILMAKERS, INC. - TERMS AND CONDITIONS OF SALE AND LIMITED WARRANTY

1. PRODUCTION SCHEDULE: Upon confirmation of an order by mailing of the Acknowledgment copy of the Pro-Forma Invoice, the Buyer's goods will be entered in the Purc and Production schedules unless otherwise provided on the face of this form.

2. PRICES AND TAXES: The following provisions apply unless otherwise provided on the face of the form. (Prices listed on quotation forms.) All sales are F.O.B. Seller's pro factory. All taxes, excises, customs duties, fees and other charges imposed by any governmental authority upon the manufacture, sale, transportation, export or import of the goo hereunder shall be paid by Buyer, or if required to be paid by Seller, shall be reimbursed to Seller by Buyer, and any increases after acceptance of order will be paid by Buyer. Buy pay for any and all additional expense incurred by Seller as a result of Buyer's changing specifications or requirements after the date of the order is acknowledged by Seller.

3. PRODUCTS MADE TO SPECIAL ORDER: Orders for special products may be considered complete at 10 percent over or under quantity ordered. However, Seller will at al endeavor to ship the exact amount specified on the order acknowledgment form.

4. PAYMENT, TITLE TO AND POSSESSION OF GOODS: Payment shall be due to Seller prior to shipment, unless otherwise expressly stated on the face of this Invoice and s in United States currency. Title to the goods shall remain in Seller until purchase price is paid in full.

5. DELIVERY AND PERFORMANCE: Delivery dates are approximate. Seller shall not be liable for delay or failure in delivery or manufacture caused by acts of God, fire c casualties, accident, labor trouble or shortage, governmental action or regulations, inability to obtain or delay in obtaining material, equipment or transportation, or any causes bey reasonable control. In the event of delay or failure in production, Seller may, but shall not be required to allocate production and delivery among its customers. Seller will prohibited from rendering the services or manufacturing or selling the products which are the subject of this acknowledgment to third parties absent Seller's express agreement prohibition signed by one of its officers. Delays in delivery shall have no bearing upon terms and conditions of sale, nor upon Buyer's obligation to remit in full promptly accordin terms and conditions of sale as detailed on reverse side of this form. Special charges incurred as a result of the Buyer's request for "Rush Shipment" will, if quoted in advance to cu be payable by customer.

6.0 WARRANTY: **Seller is under no obligation to perform warranty until purchase price is paid in full or otherwise stated payment terms are in compliance with the co**

6.1 LIMITED WARRANTY: Seller warrants to Buyer that all goods sold to Buyer hereunder will be free of defects in workmanship and material at the time of shipment to Buyer. agrees to repair or replace, at its option, for a period of one year from date of delivery without cost to Buyer any such goods which are so defective at the time of shipment, or, at option, to refund the purchase price thereof, provided that: (a) buyer gives Seller written notice of the claimed defect within 10 days after shipment (failing which notice Buyer considered to have irrevocably accepted the goods and waived any right to repair, replacement, or refund; (b) if requested by Seller, the goods claimed to be defective are r promptly thereafter to Seller without expense to Seller and transportation charges pre-paid (but said charges shall be reimbursed by Seller if the goods are defective as claimed); defect is, in Seller's reasonable opinion, one which was present at the time of shipment. Returned goods claimed defective but found not subject to warranty adjustment un paragraph will be sent back to Buyer, transportation collect.) THE WARRANTY SET FORTH IN THIS PARAGRAPH IS IN LIEU OF ALL OTHER WARRANTIES, WHI WRITTEN, ORAL, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR PURPOSE SELLER'S LIABILITY TO BUYER ARISING OUT OF THE SALE OF GOODS, OR OUT OF ANY DEFECT IN THE GOODS, WHETHER BY REASON OF WARR CONTRACT, NEGLIGENCE, STRICT LIABILITY, OR OTHERWISE, IS LIMITED TO ITS OBLIGATION TO REPAIR, REPLACE OR REFUND, AS SET FORTH A WHICH ARE BUYER'S EXCLUSIVE REMEDIES. IN NO EVENT WILL SELLER BE LIABLE FOR SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES AI FROM BREACH OF ITS AGREEMENTS CONTAINED HEREIN OR FROM BREACH OF WARRANTY, NEGLIGENCE OF STRICT LIABILITY OR OTHERWISE.

6.2 Buyer agrees to deliver to any consumer purchasing from Buyer any of the goods sold to Buyer by Seller, a copy of any consumer warranty offered by Seller to such consumer goods, provided that Seller furnishes sufficient copies thereof to Buyer; and Buyer will be responsible for; and indemnify Seller against the consequences of, any failure to ma shipment and comply with all applicable laws and regulations regarding shipment and/or display of consumer warranties. Buyer will not itself give any warranty which might in broaden Seller's liability to Buyer's customers beyond that set forth in Seller's warranty, and will at all times follow Seller's further instructions, if any, regarding shipment, use, modification or withdrawal of any consumer warranty of Seller.

6.3 This Limited Warranty shall not apply to goods or components manufactured by others (bearings, motors, etc.) under separate warranties. Such terms will, if available, be p Buyer at time of sale.

EXH D

6.4 The term of the Limited Warranty on products used for commercial, rental or charter purposes shall be three months from date of delivery.

6.5 The term of the Limited Warranty on the swaged attachment of rigging terminals to wire rope rigging, either standing or running shall be three months from date of delivery.

6.6 The Seller shall publish, from time to time, Owners Manuals governing the prudent use of its products. Failure to receive, obtain, gain possession of or otherwise be aware Seller's guidelines for prudent use as expressed in the Owner's Manuals shall not be grounds for application of the limited Warranty provisions of this form should damages or lo the product be incurred through customer negligence or abuse, whether intentional or unintentional.

7. SHORTAGES: Seller reserves the right to reject all claims for shortages not made within ten days after receipt of shipment.

8. RETURNS: Goods cannot be returned for credit except with Seller's written permission in advance. Credits allowed by Seller upon such returns shall be limited to stock it factory condition and will be subject to deduction of 20 percent as a service charge for handling and restocking.

9. BUYER'S MATERIALS: Orders requiring use of Buyer's materials are accepted subject to shipment of amount of material and in dimensions as specified by Seller, F.O.B. S plant. If material is defective or will not perform to Seller's requirements because of chemical composition, physical properties or dimensions, Seller may cancel order without in liability, but Buyer shall pay Seller's costs through time of cancellation. All scrap resulting from Seller's operations shall be property of Seller unless otherwise stated on the face form.

10. ENGINEERING CHARGE: When quoted or billed, an engineering charge is non-recurring, non-refundable to cover the necessary costs of engineering methods, layout and design expenses required in the manufacture of goods to Buyer's specifications.

11. INSURANCE: Buyer's material, dies or tooling shall not be insured by Seller unless so requested and paid for by Buyer and stated on the face of this form. Except to the ex such insurance, Seller assumes no responsibility for destruction or partial loss due to fire or other casualty.

12. RISK OF LOSS: Unless otherwise provided on the face of this form, risk or loss or damage to the goods shall pass from Seller to Buyer upon the earlier of shipment to Buye representative, to a carrier for shipment to Buyer, or to the Post Office for mailing to Buyer. In case of returns, goods shall be at Buyer's risk until received by Seller.

13. CANCELLATION OR SUSPENSION BY SELLER: If, in the exclusive judgment of Seller, the financial condition of Buyer at any time does not justify the commencen continuance of production or shipment on the terms specified herein, Seller, in addition to all other remedies it may have, may make written demand for full or partial payment in ad may suspend its performance until such payment is made, and, if such payment is not received by Seller within ten days after shipment in person or by mailing of sail deman terminate its further performance on this contract and may treat the contract as having been repudiated by Buyer.

14. CANCELLATION OR DEFAULT BY BUYER: No orders may be canceled by Buyer except with Seller's written permission. In the event that the Buyer shall cancel or def any reason without the Seller's written approval, the Buyer shall forfeit any and all deposits and shall further be liable to the Seller for any and all damages, either special, inci consequential or otherwise and shall further be liable for all costs of collection including attorney's fees.

15. TOOLS, DIES, ETC: Notwithstanding any charges or amortization for any tools, dies, fixtures, patterns, of similar items in connection herewith, all such items used in construc Buyer's products shall remain the property of Seller.

16. TERMS AND MODIFICATIONS: The terms and conditions on this form supersede all prior correspondence, offers, representations, and negotiations and constitute th complete and exclusive statement of all terms of this agreement between Seller and Buyer. No prior representations of any kind will be binding on the Seller unless they are se herein. No subsequent agreement or understanding in anyway altering these terms and conditions shall be binding upon Seller unless made in writing and signed by an authorized of Seller.

17. GOVERNING LAW: The validity, construction and interpretation of all documents relating to this sale, and the rights and duties of the party thereto shall be governed by the l the State of Rhode Island.

18. A FINANCE CHARGE OF 1 1/2% PER MONTH (ANNUAL PERCENTAGE RATE - 18%) ON [illegible] BUYER TO THE SELLER.

19. LATE CHANGE ORDERS: Design changes requested after acceptance of order will, if accepted, create surcharges billable to the Buyer and may postpone scheduled shipping

20. OBLIGATION TO PRIOR CUSTOMERS: The seller reserves the right to make changes in design, materials or component parts of its products without obligation or liabi owners of similar products of prior manufacture.

21. **CHOICE OF LAW, FORUM SELECTION, JURISDICTION: THIS SALE SHALL BE DEEMED TO HAVE TAKEN PLACE IN THE STATE OF RHODE ISL U.S.A., AND SHALL BE INTERPRETED IN ACCORDANCE WITH THE LAWS OF THAT STATE. ALL DISPUTES ARISING OUT OF THIS SALE SHAL LITIGATED, IF AT ALL, IN AND BEFORE A COURT LOCATED IN THE STATE OF RHODE ISLAND, U.S.A., TO THE EXCLUSION OF THE COURTS OF OTHER STATE OR COUNTRY. BUYER HEREBY CONSENTS TO THE EXERCISE OF PERSONAL JURISDICTION OVER BUYER BY ANY COURT IN THE S OF RHODE ISLAND, U.S.A., IN ANY ACTION ARISING OUT OF THIS SALE.**

Hood Sailmakers, Inc.
23 Johnnycake Hill
Middletown, RI 02842

# Invoice

| Date | Invoice # |
|---|---|
| 9/21/2007 | 914658 |

| Bill To | Ship To |
|---|---|
| Stuart Williams<br>37 Green Place<br>Whitefish MT 59937 | |

| S.O. No. | Boat Type | Due Date | Rep | Ship Date | Ship Via | FOB | P.O. No. | Terms |
|---|---|---|---|---|---|---|---|---|
| 214499 | | 9/21/2007 | 301 | 9/21/2007 | | Middletown,RI | z4704 | 100%BBS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2.5 | Service Labor | 75.00 | 187.50 |
| 45 | 1/2" Spectra Rope (Ft.) | 4.53 | 203.85 |

EXHIBIT E

| | |
|---|---|
| **Total** | $391.35 |
| **Balance Due** | $391.35 |

| Phone # | Fax # | E-mail |
|---|---|---|
| 401-849-9400 | 401-849-9700 | hoodri@att.net |

Hood Sailmakers, Inc.
23 Johnnycake Hill
Middletown, RI 02842

# Invoice

| Date | Invoice # |
|---|---|
| 9/27/2007 | 914666 |

| Bill To | Ship To |
|---|---|
| Stuart Williams<br>37 Green Place<br>Whitefish MT 59937 | |

| S.O. No. | Boat Type | Due Date | Rep | Ship Date | Ship Via | FOB | P.O. No. | Terms |
|---|---|---|---|---|---|---|---|---|
| 213948 | | 9/27/2007 | | 9/27/2007 | | | MartinDsnCstm | 100%BBS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Mainsail 7.7 oz. Vektron<br>3RFs,6FLB,3xS,Duroseam,C/eye,#s,DStripes,Footshelf<br>**deleted Insignia, added Footshelf** | 14,480.00 | 14,480.00 |
| 1 | Original Deposit Received | -7,590.00 | -7,590.00 |
| | DStripes,2xT,BackupLuffSystem<br>**deleted UV, FLP, added backup luff system** | | |
| | Soft Hanks, Draft Stripes, BackupLuffSystem<br>**deleted Battens, Reef, added backup luff system - Changed Vektron from 7.7 oz. to 9.4 oz.** | | |
| | Double Reinforced Luff, Leech, Foot<br>**Different sail than ordered originally - larger area, etc**<br>Draft Stripes, Backup Luff System<br>**Different sail than ordered originally** | | |
| | **Sail Area increased** | | |
| | Radial Cut, Orange Cloth, 3xS | | |
| | Radial Cut, Orange Cloth, Hanks, Backup Luff System<br>**Added backupluffsystem | | |

| | |
|---|---|
| **Total** | $6,890.00 |
| **Balance Due** | $6,890.00 |

| Phone # | Fax # | E-mail |
|---|---|---|
| 401-849-9400 | 401-849-9700 | hoodri@att.net |

Hood Sailmakers, Inc.
23 Johnnycake Hill
Middletown, RI 02842

# Invoice

| Date | Invoice # |
|---|---|
| 9/28/2007 | 914670 |

| Bill To | Ship To |
|---|---|
| Stuart Williams<br>37 Green Place<br>Whitefish MT 59937 | |

| S.O. No. | Boat Type | Due Date | Rep | Ship Date | Ship Via | FOB | P.O. No. | Terms |
|---|---|---|---|---|---|---|---|---|
| 214511 | | 9/28/2007 | 302 | 9/28/2007 | | Middletown,RI | | 100%BBS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 12 | Pivot Pin-Sys B Battcar | 2.59 | 31.08 |
| 12 | Pivot Pin-Sys B HL Battcar | 6.48 | 77.76 |
| 12 | Bkt Roller-Sys B CB HL Battcar | 10.36 | 124.32 |
| 12 | Bkt Roller-LRG Del Blk MP-0708 | 2.25 | 27.00 |
| 6 | Battcar-SYS B cb Hl w/12mm std | 189.72 | 1,138.32 |
| 3 | Car-SYS B Cb Hl Reef 10mm Pin | 182.57 | 547.71 |
| 5 | Car SYS B Cb Intermediate | 107.06 | 535.30 |

**Total** $2,481.49

**Balance Due** $2,481.49

| Phone # | Fax # | E-mail |
|---|---|---|
| 401-849-9400 | 401-849-9700 | hoodri@att.net |

Hood Sailmakers, Inc.

23 Johnnycake Hill
Middletown, RI 02842

# Invoice

| Date | Invoice # |
|---|---|
| 10/5/2007 | 914683 |

| Bill To | Ship To |
|---|---|
| Stuart Williams<br>37 Green Place<br>Whitefish MT 59937 | |

| S.O. No. | Boat Type | Due Date | Rep | Ship Date | Ship Via | FOB | P.O. No. | Terms |
|---|---|---|---|---|---|---|---|---|
| 214521 | | 10/5/2007 | 302 | 10/5/2007 | | Middletown,RI | | 100%BBS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 6 | 32mm Mega Recept - Batten Slides | 336.38 | 2,018.28 |

| | |
|---|---|
| **Total** | $2,018.28 |
| **Balance Due** | $2,018.28 |

| Phone # | Fax # | E-mail |
|---|---|---|
| 401-849-9400 | 401-849-9700 | hoodri@att.net |

Hood Sailmakers, Inc.

23 Johnnycake Hill
Middletown, RI 02842

# Invoice

| Date | Invoice # |
|---|---|
| 12/14/2007 | 914796 |

**Bill To**

Stuart Williams
37 Green Place
Whitefish MT 59937

**Ship To**

| S.O. No. | Boat Type | Due Date | Rep | Ship Date | Ship Via | FOB | P.O. No. | Terms |
|---|---|---|---|---|---|---|---|---|
| 214617 | | 12/14/2007 | 302 | 12/14/2007 | | | z4860 | 100%BBS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 13 | Service Labor | 75.00 | 975.00 |
| 9 | Gray Sunbrella | 18.00 | 162.00T |
| 18 | #10 Zipper | 2.34 | 42.12T |
| 14 | Gray Sunbrella (60") | 19.50 | 273.00T |
| 1 | #10 Zipper (72") | 9.82 | 9.82T |
| 6 | #10 Zipper (48") | 7.56 | 45.36T |
| 11 | CS Fasterner Sets | 1.25 | 13.75T |
| | RI Sales Tax | 7.00% | 38.22 |

| Phone # | Fax # | E-mail |
|---|---|---|
| 401-849-9400 | 401-849-9700 | hoodri@att.net |

**Total** $1,559.27

**Balance Due** $1,559.27

Hood Sailmakers, Inc.
23 Johnnycake Hill
Middletown, RI 02842

# Statement

| Date |
| --- |
| 3/31/2008 |

| To: |
| --- |
| Stuart Williams<br>37 Green Place<br>Whitefish MT 59937 |

| Amount Due | Amount Enc. |
| --- | --- |
| $13,340.39 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 09/21/2007 | INV #914658. Due 09/21/2007. Orig. Amount $391.35. | 391.35 | 391.35 |
| 09/27/2007 | INV #914666. Due 09/27/2007. Orig. Amount $6,890.00. Order Complete - Deposit used in full | 6,890.00 | 7,281.35 |
| 09/28/2007 | INV #914670. Due 09/28/2007. Orig. Amount $2,481.49. | 2,481.49 | 9,762.84 |
| 10/05/2007 | INV #914683. Due 10/05/2007. Orig. Amount $2,018.28. | 2,018.28 | 11,781.12 |
| 12/14/2007 | INV #914796. Due 12/14/2007. Orig. Amount $1,559.27. | 1,559.27 | 13,340.39 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 13,340.39 | $13,340.39 |