AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

HOOD SAILMAKERS, INC. and
RODGER MARTIN DESIGN

Plaintiff

v.

S/V GWAIHIR, In Rem

Defendant

CA 08 228 S

Civil Action No.

**Summons in a Civil Action**

To: *(Defendant's name and address)*
S/V GWAIHIR
Newport Harbor
Old Port mooring #174
Newport, Rhode Island

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 6-6-08

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

EXHIBIT B

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ____________________, by:

(1) personally delivering a copy of each to the individual at this place, ______________________________
______________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ____________________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
______________________________; or

(4) returning the summons unexecuted to the court clerk on ____________________; or

(5) other *(specify)* ______________________________
______________________________
______________________________.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

Date: ____________________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address