FILED by D.C.
ELECTRONIC

May 19, 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.

**08-10040 Civ-King/Bandstra**

HOOD SAILMAKERS, INC., a
Rhode Island Corporation, and
RODGER MARTIN DESIGN, a
Rhode Island Corporation,

Plaintiffs,

vs.

S/V GWAIHIR, a 40'Open Class
Rodger Martin Design, Her engines,
rigging, tackle, equipment, and
appurtenances, *In Rem*,

Defendant.
_______________________________/

VERIFIED COMPLAINT

NOW COME Plaintiffs, by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER KARAMANIAN, pleading against Defendant, and in particular a certain 40' open class sailing vessel, otherwise known as the S/V GWAIHIR, her engines, rigging, tackle, machinery, appurtenances, appliances and superstructure, *in rem*, allege upon information and belief as follows:

1. Plaintiffs plead the following claims for relief within this Court's admiralty and maritime jurisdiction, pursuant to F.R.C.P. 9(h), 38(e), 82 and the Supplemental Admiralty Rules A and C.

2. This suit involves maritime liens to recover the value of necessaries provided to a vessel pursuant to Title 46 U.S.C. §31342(a).

3. The Court has subject matter jurisdiction over this maritime lien action pursuant

EXHIBIT A

to Title 28 U.S.C. §1331, federal question jurisdiction, and also Title 28 U.S.C. §1333, admiralty and maritime jurisdiction.

4. Plaintiffs Hood Sailmakers, Inc. (hereinafter denominated "Hood") and Rodger Martin Design (hereinafter denominated "RMD") invoke Rule 9(h) of the Federal Rules of Civil Procedure and the supplemental rules for certain admiralty and maritime claims.

5. At all times material and relevant to the issues herein, Plaintiff Hood was and is a Rhode Island corporation with its principal place of business in Middletown, Rhode Island. Plaintiff Hood was and is primarily engaged in the business of designing and manufacturing sails and rigging for sailing vessels.

6. At all times material and relevant to the issues herein, Plaintiff RMD was and is a Rhode Island corporation with its principal place of business located in Newport, Rhode Island. Plaintiff RMD was and is primarily engaged in the business of designing and engineering sailing vessels and vessel systems, including, but not limited to, the S/V GWAIHIR.

7. At all times material and relevant to the issues herein, the *in rem* Defendant, S/V GWAIHIR was and is a 40' open class sailing vessel designed and engineered by Rodger Martin Design and built in 2007, with gray topsides and white deck.

8. The S/V GWAIHIR is and will be at the main public dock in Key West, within the jurisdiction of the Federal District Court of the Southern District of Florida during the pendency of this action.

9. At all times material hereto, Stuart Williams is the individual owner and/or co-owner of the vessel.

10. At all times material and relevant to the issues herein, Stuart Williams and Gwaihir Racing were and are the actual and beneficial owner of the S/V GWAIHIR.

RODGER MARTIN DESIGN

11. On or about June 30, 2006, Stuart Williams, as owner and representative of the S/V GWAIHIR entered into a written preliminary design agreement with RMD to provide design, engineering, testing, consultation, and other necessary support services for the S/V GWAIHIR pursuant to the attached Preliminary Design Agreement (**Exhibit A**).

12. On or about March 15, 2007, Stuart Williams, as owner and representative of the S/V GWAIHIR, entered into a Design Agreement with RMD to provide design, engineering, testing, consultation, and other necessary support services of the S/V GWAIHIR pursuant to the attached Design Agreement (**Exhibit B**).

13. From June 30, 2006 through September 20, 2007, Plaintiff RMD provided design, engineering, consultation, testing and necessary support services for the S/V GWAIHIR. A copy of Plaintiff's invoices are attached hereto and made part hereof as **Exhibit C**, totaling $24,725.00.

14. The *in rem* Defendant, S/V GWAIHIR owes Plaintiff RMD the total sum of $24,725.00 for the necessaries provided to it.

15. Plaintiff RMD demanded the vessel owner Stuart Williams and *in rem* Defendant S/V GWAHIR to pay for the necessaries that were provided to the vessel.

16. The *in rem* Defendant GWAIHIR and vessel owner have refused to pay Plaintiff for the necessaries provided to the vessel.

17. Plaintiff RMD is entitled to recover from the *in rem* Defendant the total of $24,725.00, plus pre-judgment interest and costs of this proceeding, which costs include the U.S. Marshal's fees, substitute custodial fees, court filing fee, and any other reasonable cost that may be incurred during the pendency of this action.

HOOD SAILMAKERS, INC.

18. On or about September 2007, the S/V GWAIHIR, by and through its owner and representative Stuart Williams, requested Plaintiff Hood to design, engineer, manufacture and produce sails and related attachments and equipment and provide appliances, and design and testing services that were necessary for the S/V GWAIHIR.

19. On or about September 2007, Plaintiff entered into an oral contract with Stuart Williams and the *in rem* Defendant, S/V GWAIHIR to design, manufacture, and provide sails, gear, and equipment, and design, consultation, and testing services that were necessary to and for the S/V GWAIHIR.

20. From September 21, 2007 through March 31, 2008, Hood designed, manufactured, and produced sails, equipment, appliances, and engineering, design, consultation and testing services and other necessaries for the S/V GWAIHIR. A copy of Plaintiff's Terms and Conditions of Sale and various invoices are attached hereto and made a part hereof as Exhibits D and E, totaling $13,340.39.

21. Plaintiff Hood produced and/or provided sails, equipment, appliances, services, including design, consultation, and testing, and other necessaries for the S/V GWAIHIR in the amount of $13,340.39. (See Exhibit E).

22. Defendant S/V GWAIHIR owes Plaintiff Hood the total sum of $13,340.39 for necessaries provided to it.

23. Plaintiff Hood demanded the vessel owner Stuart Williams and *in rem* Defendant S/V GWAIHIR to pay for the necessaries that were provided to the vessel. The *in rem* Defendant S/V GWAIHIR and vessel owner Stuart Williams have refused to pay Plaintiff for the necessaries provided to the vessel.

24. Plaintiff Hood is entitled to recover from the *in rem* Defendant S/V GWAIHIR the total sum of $13,340.39, plus pre-judgment interest and costs of this proceeding, which costs include U.S. Marshal fees, substitute custodial fees, court filing fees, and other recoverable costs that may be incurred during the pendency of this action.

WHEREFORE, Plaintiffs RMD and Hood pray for the following:

A. That process be issued against the S/V GWAIHIR, her engines, tackle, rigging, sails, etc., *in rem*;

B. That all persons having or claiming interest therein be cited to appear and answer to the aforesaid matter;

C. That Plaintiffs be decreed to have a lien against and upon the Defendant vessel described herein and that said lien be foreclosed in accordance with law and thereupon that the vessel be condemned and sold in payment of the amount due and all such other sums as are owed;

D. That Plaintiffs be permitted to bid the amount of their lien at the sale of the said vessel at a U.S. Marshal sale;

E. That upon proper notice and hearing, judgment be entered against the *in rem* Defendant vessel for the aforementioned damages, together with pre-judgment interest and costs; and

F. For such other and further relief as this Court deems just and proper.

Respectfully submitted,

O'BRYAN BAUN COHEN KUEBLER
KARAMANIAN

Gary Wm. Baun
Attorneys for Plaintiffs
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
Telephone: (248) 258-6262
Facsimile: (248) 258-6047
gbaun@obryanlaw.net

And

STROUP & MARTIN, P.A.

James W. Stroup
Florida Bar No.: 842117
Local Counsel
119 Southeast 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 462-8808
Facsimile: (954) 462-0278

Dated: 5-16-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

HOOD SAILMAKERS, INC., a
Rhode Island Corporation, and
RODGER MARTIN DESIGN, a
Rhode Island Corporation,

Plaintiffs,

v Case No.

S/V GWAIHIR, a 40'Open Class
Rodger Martin Design, Her engines,
rigging, tackle, equipment, and
appurtenances, *In Rem*,

Defendant.

---

**VERIFICATION**

STATE OF RHODE ISLAND )
)
COUNTY OF NEWPORT )

John T. Woodhouse, being duly sworn, deposes and states:

1. I am the President and/or principal of Plaintiff Hood Sailmakers, Inc.

2. I have read the foregoing Verified Complaint and know the contents thereof, and the same is true to the best of my own knowledge.

3. The sources of my information and the grounds of my belief as to all matters stated in the Verified Complaint are based upon personal knowledge and reports made to me by employees of Hood Sailmakers, Inc., and by reviewing the records of the corporation. I am authorized to make these representations on behalf of Hood Sailmakers, Inc.

HOOD SAILMAKERS, INC.

John T. Woodhouse, President

Subscribed and sworn to before me this 5th day of May, 2008.

Notary Public
Newport County, Rhode Island
My commission expires: 1-30-2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.

**08-10040 Civ-King/Bandstra**

HOOD SAILMAKERS, INC., a
Rhode Island Corporation, and
RODGER MARTIN DESIGN, a
Rhode Island Corporation,

Plaintiffs,

vs.

S/V GWAIHIR, a 40'Open Class
Rodger Martin Design, Her engines,
rigging, tackle, equipment, and
appurtenances, *In Rem*,

Defendant.

______________________________/

**ORDER DIRECTING THE ISSUANCE**
**OF THE WARRANT OF ARREST AND/OR SUMMONS**

Pursuant to Supplemental Rule (C)(1) and Local Admiralty Rule C(2)(a), the Clerk is directed to issue a warrant of arrest and/or summons in the above-styled action.

DONE AND ORDERED at Miami, Florida, this 3 day of ~~May~~ June, 2008.

______________________________
United States District Court Judge

Copies Furnished:
James W. Stroup, Esq.
U.S. Marshal