Case 1:08-cv-00228-S-DLM Document 3 Filed 06/09/2008 Page 1 of 1

(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

HOOD SAILMAKERS and
RODGER MARTIN DESIGN
Plaintiff(s)

v.

Dkt. No. 08-228-S

S/V GWAIHIR, In Rem
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant Hood Sailmakers and Rodger Martin/Design hereby moves that Gary Wm. Baun be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

James T. Murphy (JTM)
Signature of Local Counsel

James T. Murphy
Print Name

Hanson Curran LLP
Firm and Business Address

146 Westminster Street

Providence, Rhode Island 02903

RI Bar ID # 1698

Email: jtm@hansoncurran.com

Tel. # 401-421-2154

Fax # 401-521-7040

## ORDER

This motion is hereby ✓ GRANTED ____ DENIED

WSM
District Judge

6/10/08
Date