UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

HOOD SAILMAKERS, INC., a
Rhode Island Corporation, and
RODGER MARTIN DESIGN, a
Rhode Island Corporation,

Plaintiffs,

v

Case No. 08-228-S

S/V GWAIHIR, a 40'Open Class
Rodger Martin Design, Her engines,
rigging, tackle, equipment, and
appurtenances, *In Rem*,

Defendant.

---

NOTICE OF ACTION *IN REM* AND ARREST OF VESSEL

In accordance with Supplemental Rule (C)(4) for Certain Admiralty and Maritime Action of the Federal Rules of Civil Procedure, and Local Admiralty Rule C(4), notice is hereby given of the arrest of the S/V GWAIHIR, her engines, tackle, etc., in accordance with a Warrant of Arrest issued on June 10, 2008.

Pursuant to Supplemental Rule (C)(6), and Local Admiralty Rule C(6), any person having a claim against the vessel and/or property shall file a claim with the Court not later than ten (10) days after process has been effective, and shall file an answer within twenty (20) days from the date of filing their claim.

DATED this 10th day of June, 2008.

O'BRYAN BAUN COHEN KUEBLER
KARAMANIAN

/s Gary Wm. Baun
Gary Wm. Baun
Attorneys for Plaintiffs
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
Telephone: (248) 258-6262
Facsimile: (248) 258-6047
gbaun@obryanlaw.net

And

HANSON CURRAN LLP
James T. Murphy (JTM)
James T. Murphy
Local Counsel
146 Westminster Street
Providence, RI 02903
Telephone: (401) 421-2154
Facsimile: (401) 521-7040
jtm@hansoncurran.com

Dated: 6-10-08