UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

HOOD SAILMAKERS, INC., a
Rhode Island Corporation, and
RODGER MARTIN DESIGN, a
Rhode Island Corporation,

Plaintiffs,

v

Case No. 08-228-S

S/V GWAIHIR, a 40'Open Class
Rodger Martin Design, Her engines,
rigging, tackle, equipment, and
appurtenances, *In Rem*,

Defendant.

---

WARRANT OF ARREST *IN REM*

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: THE MARSHALL OF THE UNITED STATES FOR THE DISTRICT OF RHODE ISLAND, GREETINGS:

WHEREAS, on the 6th day of June, 2008, the Plaintiffs, Hood Sailmakers, Inc. and Rodger Martin Design, filed a Verified Complaint against the S/V GWAIHIR, a 40' Open Class Rodger Martin Design, her engines, tackle, equipment and appurtenances, *in rem*, for the reasons mentioned in said Verified Complaint.

NOW, THEREFORE, you are hereby commanded to take into your possession the above-named S/V GWAIHIR, her engines, tackle, equipment and appurtenances, *in rem*, and to detain the same in your custody until further Order of this Court to answer said Verified

Complaint;

YOU ARE HEREBY further commanded forthwith to cite and admonish the Defendant to interpose in writing a claim, by attorney or in proper person, at the Clerk's Office in said District within ten (10) days after this service, and therewith or thereafter a responsive pleading to the Verified Complaint filed herein within twenty (20) days following such claim or thirty (30) days after this service, whichever is less, a copy of which Verified Complaint you shall serve upon the Defendant with this Writ directing the Defendant to serve a copy of its claims and of its responsive pleadings upon Plaintiffs' attorney, Gary Wm. Baun, Esq., O'Bryan Baun Cohen Kuebler Karamanian, 401 S. Old Woodward, Suite 450, Birmingham, Michigan 48009.

AND HOW YOU SHALL HAVE EXECUTED THIS WRIT, MAKE KNOWN TO THIS COURT WITH YOUR CERTIFICATE OF EXECUTION THEREOF WRITTEN.

WITNESS THE HONORABLE JUDGE OF
SAID COURT David L. Martin, USMJ

Clerk, United States District Court
District of Rhode Island

By: ______________________
Deputy Clerk

Copies furnished to:

Gary Wm. Baun, Esq.
O'Bryan Baun Cohen Kuebler Karamanian
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
and
James T. Murphy, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
*Counsel for Plaintiffs*

**ENTER**

**WILLIAM E. SMITH**
**U.S. DISTRICT JUDGE**

**DATE**

United States Marshal's Service
(4 certified copies)

Defendant