UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HOOD SAILMAKERS, INC., a Rhode Island Corporation, and RODGER MARTIN DESIGN, a Rhode Island Corporation, Plaintiffs, | : | |
| v. | : | CA 08-228 S |
| S/V GWAIHIR, a 40' Open Class Rodger Martin Design, Her engines, rigging, tackle, equipment, and appurtenances, In Rem, Defendant. | : | |

**ORDER**
**REQUIRING NEW SUBSTITUTE**
**CUSTODIAN**

On June 10, 2008, the Court granted the Motion for Appointment of Substitute Custodian for the S/V GWAIHIR (Doc. #4) ("Motion") filed by Plaintiffs Hood Sailmakers, Inc. ("Hood Sailmakers"), and Rodger Martin Design ("Rodger Martin") (collectively "Plaintiffs") and entered an order appointing Hood Sailmakers as Substitute Custodian. See Order Appointing Substitute Custodian (Doc. #13). The Motion indicated that Hood Sailmakers intended to utilize the services of the Newport Shipyard to perform the actual duties of Substitute Custodian. It has been the practice in this District for the Substitute Custodian to be the actual person or entity which has physical possession of the vessel, not a person or entity appointed or engaged by the Substitute Custodian to carry out the duties of the Substitute Custodian function. Because the Court was satisfied that Plaintiffs had demonstrated a need for expeditious action, the Court granted the Motion despite this variance from standard practice. However, the Court has concluded that this

departure from standard practice should have a time limit.

**Accordingly, the appointment of Hood Sailmakers as Substitute Custodian shall expire on June 26, 2008.** On or before that date, Plaintiffs shall identify a person or entity willing to be appointed as the new Substitute Custodian for the vessel and which new Substitute Custodian will retain actual physical possession of the vessel. Plaintiff shall file a motion and order for the appointment of the new Substitute Custodian on or before that date.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
June 12, 2008