UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

HOOD SAILMAKERS, INC., a
Rhode Island Corporation, and
RODGER MARTIN DESIGN, a
Rhode Island Corporation,

Plaintiffs,

v

Case No. 08-228 S

S/V GWAIHIR, a 40'Open Class
Rodger Martin Design, Her engines,
rigging, tackle, equipment, and
appurtenances, *In Rem*,

Defendant.

---

**MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN FOR THE S/V GWAIHIR**

Pursuant to Local Admiralty Rule E, Plaintiffs, Hood Sailmakers, Inc. and Rodger Martin Design (hereinafter "Plaintiffs"), and proposed Substitute Custodian, Newport Shipyard, Inc. represent the following:

1. On June 6, 2008, Plaintiffs initiated the above-styled action against the vessel, S/V GWAIHIR, her engines, tackle, rigging, sails, equipment, furniture and other appurtenances, *in rem*.

2. On June 10, 2008, the Clerk of this Court issued a Warrant of Arrest against the vessel S/V GWAIHIR directing the U.S. Marshal to take custody of the vessel and to retain custody of the vessel pending further Order of this Court.

3. On June 11, 2008, the U.S. Marshal arrested and seized the S/V GWAIHIR which was then transported to Newport Shipyard where she was hauled and stored on the hard.

4. The vessel is currently located at Newport Shipyard out of the water, on the hard. The Substitute Custodian, Newport Shipyard, will provide security, storage, and routine services for the safekeeping of the vessel at a cost substantially less than that presently required by the Marshal and as set forth in the Affidavit of Substitute Custodian filed herewith. The Substitute Custodian has also agreed to continue to provide these services for a period of sixty (60).

5. Newport Shipyard, as Substitute Custodian, will provide adequate personnel and experience and adequate facilities to berth the vessel and provide for the care, maintenance and security of the vessel for a period of sixty (60) days.

6. Contemporaneous herewith, Plaintiffs and Substitute Custodian file a Consent and Indemnification Agreement in accordance with Local Admiralty Rule E(10)(c)(2).

THEREFORE, in accordance with the representations set forth in this instrument, and subject to the filing of the Indemnification Agreement noted in Paragraph 6 above, Plaintiffs request this Court enter an Order appointing Newport Shipyard as Substitute Custodian for the vessel S/V GWAIHIR.

Respectfully submitted,

O'BRYAN BAUN COHEN KUEBLER
KARAMANIAN

/s Gary Wm. Baun
Gary Wm. Baun
Attorneys for Plaintiffs
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
Telephone: (248) 258-6262

Facsimile: (248) 258-6047
gbaun@obryanlaw.net

And

HANSON CURRAN LLP

______________________________
James T. Murphy
Local Counsel
146 Westminster Street
Providence, RI 02903
Telephone: (401) 421-2154
Facsimile: (401) 521-7040
jtm@hansoncurran.com

Dated: 6/20/08

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

HOOD SAILMAKERS, INC., a
Rhode Island Corporation, and
RODGER MARTIN DESIGN, a
Rhode Island Corporation,

Plaintiffs,

v

Case No. 08-228 S

S/V GWAIHIR, a 40'Open Class
Rodger Martin Design, Her engines,
rigging, tackle, equipment, and
appurtenances, *In Rem*,

Defendant.

---

**AFFIDAVIT FOR SUBSTITUTE CUSTODIAN**

STATE OF RHODE ISLAND )
)SS.
COUNTY OF NEWPORT )

Eli Dana, being first duly sworn, deposes and says:

1. I am the Yard Manager/Dock Master of Newport Shipyard, Inc., the proposed Substitute Custodian.

2. I am familiar with the Defendant vessel, at least to the extent of her size, type, construction material and apparent condition, and believe that as Substitute Custodian, Newport Shipyard, Inc. has the ability to provide adequate facilities and supervision for safely keeping said vessel in place of the Marshal for a period of sixty (60) days during the pendency of the suit herein and until further Order the Court. As Substitute Custodian, Newport Shipyard, Inc. will provide for the following services for said vessel during its custodianship: storage,

security, and maintenance when necessary.

3. The *in rem* Defendant vessel GWAIHIR is currently located at the Newport Shipyard, within the jurisdiction of the Federal District Court for Rhode Island.

4. The following fees will be charged by Newport Shipyard: $15.00 per foot for hauling and launching; $5.00 per foot for washing the bottom; and $3.00 per foot per night for storage on the hard. A maintenance fee for cleaning the exterior of the boat will be charged at $35.00 per hour for an approximate fee of $245.00/month.

5. It is believed that as Substitute Custodian, Newport Shipyard has adequate facilities and supervision for the proper safekeeping of the vessel.

6. Upon information and belief, the Substitute Custodian is advised that John T. Woodhouse and Hood Sailmakers, Inc. has obtained liability insurance at the prevailing local rate adequate to respond to damages for loss or injury for the Defendant vessel during said custody or for damage sustained by third parties due to negligence of the custodian. A photostatic copy of the insurance declaration is attached as **Exhibit A.**

7. Substitute Custodian will accept, in accordance with the terms of this Honorable Court's Order, possession of the Defendant vessel, her engines, tackle, apparel, furniture, equipment, and all other equipment thereunto appertaining and belonging, which is the subject of this action.

FURTHER AFFIANT SAYETH NOT.

Eli Dana
Yard Manager/Dock Master of Newport Shipyard, Inc.

Subscribed and sworn to before me this 18 day of June, 2008.

Donna L. Soares
Notary Public
Newport County, Rhode Island
My commission expires: 7/4/2009