UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

HOOD SAILMAKERS, INC., a Rhode Island Corporation, and RODGER MARTIN DESIGN, a Rhode Island Corporation,

Plaintiffs,

v

Case No. 1:08-cv-00228-S-DLM

S/V GWAIHIR, a 40'Open Class Rodger Martin Design, Her engines, rigging, tackle, equipment, and appurtenances, *In Rem*,

Defendant.

---

**MOTION FOR ORDER GRANTING LEAVE TO PUBLISH NOTICE OF ACTION IN REM AND ISSUANCE OF WARRANT FOR ARREST BY NEWSPAPER AND TO SET TIME FOR FILING OF VERIFIED STATEMENT OF RIGHT OF POSSESSION OR OWNERSHIP INTEREST**

NOW COME Plaintiffs, by and through counsel undersigned, and hereby move this Honorable Court pursuant to Rule C of the Supplemental Rules for Admiralty and Maritime Claims to issue order granting leave for publication of notice and to set time for filing of a Verified Statement of Rider Interest pursuant to FRCP C(4) and (6)(I) and (B) as is more particularly set forth within the attached Brief in Support hereof.

Respectfully submitted,

O'BRYAN BAUN COHEN KUEBLER
KARAMANIAN

/s/ Gary Wm. Baun
Gary Wm. Baun
Attorneys for Plaintiffs
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
Telephone: (248) 258-6262
Facsimile: (248) 258-6047
gbaun@obryanlaw.net

And

HANSON CURRAN LLP

/s/ James R. Murphy
James T. Murphy
Local Counsel
146 Westminster Street
Providence, RI 02903
Telephone: (401) 421-2154
Facsimile: (401) 521-7040
jtm@hansoncurran.com

Dated: July 8, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

HOOD SAILMAKERS, INC., a Rhode Island Corporation, and RODGER MARTIN DESIGN, a Rhode Island Corporation,

Plaintiffs,

v

Case No. 1:08-cv-00228-S-DLM

S/V GWAIHIR, a 40'Open Class Rodger Martin Design, Her engines, rigging, tackle, equipment, and appurtenances, *In Rem*,

Defendant.

---

**BRIEF IN SUPPORT OF**
**MOTION FOR ORDER GRANTING LEAVE TO PUBLISH NOTICE OF ACTION IN REM AND ISSUANCE OF WARRANT FOR ARREST BY NEWSPAPER AND TO SET TIME FOR FILING OF VERIFIED STATEMENT OF RIGHT OF POSSESSION OR OWNERSHIP INTEREST**

This is an interim action to enforce maritime liens to recover the value of necessaries provided to a vessel pursuant to Title 46 USC §31342(a). Warrant of Arrest *In Rem* was issued June 6, 2008 against the S/V GWAIHIR, a 40 foot Open Class Rodger Martin Design sailing vessel. The S/V GWAIHIR was in fact arrested and seized on June 6, 2008 by Federal Marshal, Edward R. Kawa.

Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims (4) Notice states in pertinent part as follows:

> No notice other than execution of process is required when the property that is the subject of the action has been released under Rule E(5). If the property is not released within ten (10) days after execution, the Plaintiff must promptly -- or within the time that the court allows -- give public notice of the action and arrest

in a newspaper designated by court order and having general circulation in the district . . .

Consistent with Supplemental Admiralty Rule C(4) and (6)(b)(i)(B), it is requested that this Court issue Order Granting Leave to Publish Notice of the subject *In Rem* action; arrest and seizure of the S/V GWAIHIR and requirement of all persons who assert a right of possession or any ownership interest in the S/V GWAIHIR to file a Verified Statement of Right or Interest on August 1, 2008, as is more particularly set forth within the attached Notice of Interim Action and Arrest and Seizure of the S/V GWAIHIR. (See attached Exhibit "A", copy of legal notice for publication in the Providence Journal for a period of fourteen (14) days.)

WHEREFORE, Plaintiffs pray that this Honorable Court issue Order granting leave to publish notice of MM action; arrest and seizure; and requirement of persons asserting a right of possession, ownership, interest in the S/V GWAIHIR to file a Verified Statement of Right or Interest within fourteen (14) days.

Respectfully submitted,

O'BRYAN BAUN COHEN KUEBLER
KARAMANIAN

/s/ Gary Wm. Baun
Gary Wm. Baun
Attorneys for Plaintiffs
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
Telephone: (248) 258-6262
Facsimile: (248) 258-6047
gbaun@obryanlaw.net

And

HANSON CURRAN LLP

/s/ James R. Murphy
James T. Murphy
Local Counsel
146 Westminster Street
Providence, RI 02903
Telephone: (401) 421-2154
Facsimile: (401) 521-7040
jtm@hansoncurran.com

Dated: July 8, 2008