NOTICE OF ARREST AND SEIZURE; AND ORDER OF NOTICE TO STEEL WILLIAMS AND ALL OF THE PERSONS WHO ASSERT A RIGHT OF POSSESSION ON ANY OWNERSHIP INTEREST IN THE S/V GWAIHIR, a 40 foot Rodger Martin Design Sailing Vessel. Please take notice that on or about June 6, 2008 the Admiralty Action In Rem was commenced against the S/V GWAIHIR, a 40 foot Open Class Rodger Martin Design Sailing Vessel in the United States District Court for the District of Rhode Island (C.A. Number 08-228S) by Hood Sailmakers, Inc. and Rodger Martin Design by and through their attorneys, Gary William Baun and James T. Murphy, which in summary, seek to enforce maritime liens to recover the value of necessaries provided to the S/V GWAIHIR pursuant to Title 46 USC §31342(a) and declaratory judgment that the Defendant vessel be forfeited to Hood Sailmakers, Inc., a Rodger Martin Design, thereafter be disposed of according to law and that you do not have any right, title, or interest in that Defendant vessel. If you fail to file and serve upon Plaintiff's counsel, Gary William Baun and James T. Murphy, a Verified Statement of Right or Interest, in answer or otherwise appear and defend the action, on or before August 1, 2008, default will be entered against the Defendant vessel for the relief requested in the complaint. By Order of the United States District Court Judge in Rhode Island Dated: July 7, 2008.