**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**IN ADMIRALTY**

HOOD SAILMAKERS, INC., a
Rhode Island Corporation, and
RODGER MARTIN DESIGN, a
Rhode Island Corporation,

Plaintiffs,

v

Case No. 1:08-cv-00228-S-DLM

S/V GWAIHIR, a 40'Open Class
Rodger Martin Design, Her engines,
rigging, tackle, equipment, and
appurtenances, *In Rem*,

Defendant.

---

**STIPULATION FOR ENTRY OF JUDGMENT**
**PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE E(5)(a)**

NOW COME the parties, by and through appropriate representative in interest or attorneys as undersigned, and hereby stipulate to entry of Judgment in favor of Plaintiffs, HOOD SAILMAKERS, INC., and RODGER MARTIN DESIGN, and against STUART WILLIAMS, individually as sole owner of the S/V GWAIHIR in Propria Persona, and also against the S/V GWAIHIR, *In Rem*, in the amount of $83,428.38, inclusive of outstanding liens of HOOD SAILMAKERS, INC., RODGER MARTIN DESIGN, and JERAD LAZOR, for unpaid seaman's wages, ~~and attorney~~ fees and costs of arrest, seizure and release.

STUART WILLIAMS, Individually, and
as Representative and Sole Owner of
S/V GWAIHIR

Kelly N. Michels #6478

JAMES T. MURPHY (Local Counsel)
146 Westminster St.
Providence, Rhode Island 02903
(401) 421-2154
~~Defendants~~ Plaintiffs (knm) HOOD SAILMAKERS,
RODGER MARTIN DESIGN & J. LAZOR

GARY Wm. BAUN
Attorneys for ~~Defendants~~ Plaintiffs (knm), HOOD
SAILMAKERS, INC., RODGER MARTIN
DESIGN and JERAD LAZOR

NOW, THEREFORE, on the basis of the above-recited Stipulation, Judgment is hereby entered in favor of HOOD SAILMAKERS, INC., and RODGER MARTIN DESIGN, in the amount of $83,428.38, inclusive of outstanding liens of HOOD SAILMAKERS, INC., RODGER MARTIN DESIGN, and JERAD LAZOR, for unpaid seaman's wages, and attorney fees and costs of arrest, seizure and release.

UNITED STATES DISTRICT JUDGE

**CERTIFICATION**

I hereby certify that on July 25, 2008, I electronically filed the within Stipulation for Entry of Judgment Pursuant to Supplemental Admiralty Rule E(5)(a) using the CM/ECF system which will send notification of such filing to all counsel and/or parties of record.

/s/ Kelly N. Michels

Gary Wm. Baun, Esq.
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
gbaun@obryanlaw.net

G. Stuart Williams, in Propia Persona
37 Green Place
Whitefish, MT 59937
Stuartwilliams299@hotmail.com