UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

HOOD SAILMAKERS, INC., a Rhode Island Corporation, and RODGER MARTIN DESIGN, a Rhode Island Corporation,

Plaintiffs,

vs. Case No. 1:08-cv-00228-S-DLM

S/V GWAIHIR, a 40'Open Class Rodger Martin Design, Her engines, rigging, tackle, equipment, and appurtenances, *In Rem*,

Defendant.

---

## VERIFIED STATEMENT OF INTEREST PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C(6)(d)(i)

State of Montana )
)SS
County of Flathead)

1. I am G. Stuart Williams, Jr., and I reside at 37 Green Place, Whitefish, Montana 59937.

2. I was born . ,1960; I am 48 years of age, and I am a competent adult of the age of majority.

3. I am the sole owner of the S/V GWAIHIR, a 40 foot fiberglass sailing vessel built by Al Fresco Composite, LLC, Portsmouth, Rhode Island, completed in 2007. I have attached the Builder's Certification and First Transfer of Title, United States Coast Guard Form CG-1261 (Exhibit A).

4. On May 21, 2008, I applied to the United States Coast Guard for a hull identification number and for documentation of the vessel (see attached Exhibit B - "Recreational Vessel Request for Hull Identification Number" and CG-1258 Application for Initial Issue, Exchange, or Replacement of Certificate of Documentation; Redocumentation).

5. I have been served with a copy of the Verified Complaint with attachments; Motion for Immediate Issuance of Warrant; and Notice of Action *In Rem* and Arrest of Vessel. I am notified and aware of the *In Rem* action presently pending in the United States District Court of Rhode Island in Admiralty, Hood Sailmakers, Inc., et al. v S/V GWAIHIR, Case No. 1:08-cv-00228-S-DLM.

6. I have read the Verified Complaint and have personal knowledge of the claims of Hood Sailmakers, Inc., Rodger Martin Design, Inc., and the factual basis for the liens claimed by each entity as set forth therein.

7. I am also aware of a claim for seaman's wages made by and on behalf of Jerad Lazor, and have personal knowledge of all facts forming the basis supporting Mr. Lazor's claims in that regard.

8. The sources of my information and the grounds of my belief as to all matters contained herein are based upon personal knowledge.

9. I am interested in this *In Rem* action against the S/V GWAIHIR, and the S/V GWAIHIR herself as her sole owner and representative.

G. Stuart Williams

Subscribed and sworn to before me this 22 day of July, 2008.

AILEEN E LARSON
NOTARY PUBLIC-MONTANA
Residing at Whitefish, Montana
My Comm. Expires January 24, 2012

AILEEN E LARSON NOTARIAL SEAL STATE OF MONTANA

. Notary Public
Flathead County, Montana
My Commission Expires: 1-24-2012
Acting in/for the County of Flathead