**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**IN ADMIRALTY**

HOOD SAILMAKERS, INC., a
Rhode Island Corporation, and
RODGER MARTIN DESIGN, a
Rhode Island Corporation,

Plaintiffs,

v

Case No. 1:08-cv-00228-S-DLM

S/V GWAIHIR, a 40'Open Class
Rodger Martin Design, Her engines,
rigging, tackle, equipment, and
appurtenances, *In Rem*,

Defendant.

---

**MOTION FOR RELEASE OF VESSEL, DISCHARGE OF NEWPORT SHIPYARD AND ELI DANA AS SUBSTITUTE CUSTODIAN, AND FOR DISMISSAL WITH PREJUDICE**

NOW COME Plaintiffs, HOOD SAILMAKERS, INC., and RODGER MARTIN DESIGN, INC., by and through counsel undersigned, and hereby move this Honorable Court for release of S/V GWAIHIR from warrant and arrest, discharge of Newport Shipyard and Eli Dana as substitute custodian, and for dismissal of the underlying action with prejudice pursuant to Supplemental Admiralty Rule E(5)(c), as is more particularly set forth with the attached Brief in Support hereof.

Respectfully submitted,

O'BRYAN BAUN COHEN KUEBLER
KARAMANIAN

/s Gary Wm. Baun
Gary Wm. Baun
Attorneys for Plaintiffs
401 S. Old Woodward, Suite 450
Birmingham, MI 48009

Telephone: (248) 258-6262
Facsimile: (248) 258-6047
gbaun@obryanlaw.net

And

HANSON CURRAN LLP

s/James T. Murphy
James T. Murphy
Local Counsel
146 Westminster Street
Providence, RI 02903
Telephone: (401) 421-2154
Facsimile: (401) 521-7040
jtm@hansoncurran.com

Dated: July 22, 2008

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**IN ADMIRALTY**

HOOD SAILMAKERS, INC., a
Rhode Island Corporation, and
RODGER MARTIN DESIGN, a
Rhode Island Corporation,

Plaintiffs,

v

Case No. 1:08-cv-00228-S-DLM

S/V GWAIHIR, a 40'Open Class
Rodger Martin Design, Her engines,
rigging, tackle, equipment, and
appurtenances, *In Rem*,

Defendant.

---

**BRIEF IN SUPPORT OF MOTION FOR RELEASE OF VESSEL, DISCHARGE OF NEWPORT SHIPYARD AND ELI DANA AS SUBSTITUTE CUSTODIAN, AND FOR DISMISSAL WITH PREJUDICE**

This action was commenced pursuant to the filing of a Verified Complaint seeking relief within this Court's Admiralty jurisdiction pursuant to FRCP 9(h), 38(e), 82 and the Supplemental Admiralty Rules A and C. This action arose from maritime liens to recover the value of necessaries provided to the S/V GWAIHIR pursuant to Title 46 USC 31342(a). Pursuant to Motion on June 11, 2008, this Court ordered issuance of warrant and arrest of the S/V GWAIHIR. On June 12, 2008, the S/V GWAIHIR was arrested and seized by U.S. Marshall C. A. Moore, at Newport Harbor, Old Port Mooring #174, Newport, Rhode Island.

Following arrest and seizure of the S/V GWAIHIR, contact was made with Stuart Williams, the purported owner and representative of the vessel. Copies of the Verified Complaint and Notice of Action *In Rem* and Arrest of Vessel, were served upon Mr. Williams at his residence located at

37 Green Place, Whitefish, Montana 59937.

Following service, Mr. Williams filed Notice of Appearance in Propria Persona, and a Verified Statement of Interest identifying himself as the sole owner and representative of the S/V GWAIHIR.

Thereafter, the parties stipulated to entry of Judgment in favor of Plaintiffs, HOOD SAILMAKERS, INC., and RODGER MARTIN DESIGN, in the amount of $83,428.38. A Stipulated Judgment was entered by the Court and thereafter satisfied by Defendant, STUART WILLIAMS, individually and as sole owner and representative of the S/V GWAIHIR, through the direct deposit of adequate funds into the IOLTA Client Trust Account of Plaintiffs' counsel. Since the Judgment against the S/V GWAIHIR has been satisfied in full, Plaintiffs hereby move this Honorable Court, pursuant to Supplemental Admiralty Rule E(5)(c) for release of the vessel to STUART WILLIAMS, her sole owner, discharge and release of Newport Shipyard and Eli Dana as substitute custodian, and dismissal of this action with prejudice.

Respectfully submitted,

O'BRYAN BAUN COHEN KUEBLER
KARAMANIAN

/s Gary Wm. Baun
Gary Wm. Baun
Attorneys for Plaintiffs
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
Telephone: (248) 258-6262
Facsimile: (248) 258-6047
gbaun@obryanlaw.net

And

HANSON CURRAN LLP

s/James T. Murphy

James T. Murphy
Local Counsel
146 Westminster Street
Providence, RI 02903
Telephone: (401) 421-2154
Facsimile: (401) 521-7040
jtm@hansoncurran.com

Dated: July 22, 2008

## CERTIFICATION

I hereby certify that on July 28, 2008, I electronically filed the within *Motion for Release of Vessel, Discharge of Newport Shipyard and Eli Dana as Substitute Custodian, and for Dismissal with Prejudice* using the CM/ECF system which will send notification of such filing to all counsel and/or parties of record.

/s/ James T. Murphy

Gary Wm. Baun, Esq.
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
gbaun@obryanlaw.net

G. Stuart Williams, in Propia Persona
37 Green Place
Whitefish, MT 59937
Stuartwilliams299@hotmail.com