UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN ADMIRALTY

HOOD SAILMAKERS, INC., a Rhode Island Corporation, and RODGER MARTIN DESIGN, a Rhode Island Corporation,

Plaintiffs,

v

Case No. 1:08-cv-00228-S-DLM

S/V GWAIHIR, a 40'Open Class Rodger Martin Design, Her engines, rigging, tackle, equipment, and appurtenances, *In Rem*,

Defendant.

---

**STIPULATION FOR ENTRY OF JUDGMENT PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE E(5)(a)**

NOW COME the parties, by and through appropriate representative in interest or attorneys as undersigned, and hereby stipulate to entry of Judgment in favor of Plaintiffs, HOOD SAILMAKERS, INC., and RODGER MARTIN DESIGN, and against STUART WILLIAMS, individually as sole owner of the S/V GWAIHIR in Propria Persona, and also against the S/V GWAIHIR, *In Rem*, in the amount of $83,428.38, inclusive of outstanding liens of HOOD SAILMAKERS, INC., RODGER MARTIN DESIGN, and JERAD LAZOR, for unpaid seaman's wages, and attorney fees and costs of arrest, seizure and release.

STUART WILLIAMS, Individually, and as Representative and Sole Owner of S/V GWAIHIR

GARY Wm. BAUN
Attorneys for ~~Defendants~~ Plaintiffs (KNM), HOOD SAILMAKERS, INC., RODGER MARTIN DESIGN and JERAD LAZOR

Kelly N. Michels #6478
JAMES T. MURPHY (Local Counsel)
146 Westminster St.
Providence, Rhode Island 02903
(401) 421-2154
~~Defendants~~ Plaintiffs (KNM), HOOD SAILMAKERS, RODGER MARTIN DESIGN & J. LAZOR

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 7/29/08