UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Hood Sailmakers, Inc.,
a Rhode Island Corporation
and
Rodger Martin Design,
a Rhode Island Corporation,
Plaintiff

V.

Case Number: C.A. 08-228S

S/V GWAIHIR, a 40' Open Class
Rodger Martin Design, Her engines,
rigging, tackle, equipment, and
appurtenances, *In Rem*,

Defendant

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Plaintiffs, Hood Sailmakers, Inc., Rodger Martin Design against the Claimant, G. Stuart Williams, individually as sole owner of the S/V GWAIHIR in Propria Persona and also against S/V GWAIHIR, *In Rem*, in the amount of $83,428.38 pursuant to the Order dated July 30, 2008 entering stipulation.**

**BY ORDER:**

**July 30, 2008**
**Date**

**Deputy Clerk**