**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**IN ADMIRALTY**

HOOD SAILMAKERS, INC., a
Rhode Island Corporation, and
RODGER MARTIN DESIGN, a
Rhode Island Corporation,

Plaintiffs,

v

Case No. 1:08-cv-00228-S-DLM

S/V GWAIHIR, a 40'Open Class
Rodger Martin Design, Her engines,
rigging, tackle, equipment, and
appurtenances, *In Rem*,

Defendant.

---

**SATISFACTION OF JUDGMENT**

NOW COME Plaintiffs, HOOD SAILMAKERS, INC., and RODGER MARTIN DESIGN, INC., by and through counsel undersigned, and hereby notify the Court of satisfaction of Judgment entered by the Court against STUART WILLIAMS, individually and as the sole owner of the S/V GWAIHIR, and against the S/V GWAIHIR, *In Rem*, in favor of HOOD SAILMAKERS, INC., RODGER MARTIN DESIGN and JERAD LAZOR, though direct deposit of funds into the IOLTA

Client Trust Account of O'BRYAN BAUN COHEN KUEBLER KARAMANIAN, counsel for Plaintiff in the amount of $83,428.38.

Respectfully submitted,

O'BRYAN BAUN COHEN KUEBLER KARAMANIAN

/s Gary Wm. Baun
Gary Wm. Baun
Attorneys for Plaintiffs
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
Telephone: (248) 258-6262
Facsimile: (248) 258-6047
gbaun@obryanlaw.net

And

HANSON CURRAN LLP

s/James T. Murphy
James T. Murphy
Local Counsel
146 Westminster Street
Providence, RI 02903
Telephone: (401) 421-2154
Facsimile: (401) 521-7040
jtm@hansoncurran.com

Dated: July 22, 2008

**CERTIFICATION**

I hereby certify that on July 31, 2008, I electronically filed the within *Satisfaction of Judgment* using the CM/ECF system which will send notification of such filing to all counsel and/or parties of record.

/s/ James T. Murphy

Gary Wm. Baun, Esq.
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
gbaun@obryanlaw.net

G. Stuart Williams, in Propia Persona
37 Green Place
Whitefish, MT 59937
Stuartwilliams299@hotmail.com